IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER PETTAWAY, as administrator of the Estate of Joseph Lee Pettaway, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO. 2:19-cv-00008-SRW |
| NICHOLAS D. BARBER and MICHAEL D. GREEN, | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

This matter is before the court on plaintiff's motion for a hearing (Doc. 55). The motion requests the court to hear oral argument on the pending motions (Docs. 40, 42, 44, 48, 49, and 54). Upon consideration, it is

ORDERED that the motion (Doc. 55) is DENIED. A decision on these motions will rendered in due course, and the court does not require oral argument at this time.

It is further

ORDERED that on or before **October 21, 2019**, defendants shall respond, with specificity, to plaintiff's motion to clarify and compel discovery (Doc. 40),[1] plaintiff's motion for sanctions (Doc. 49), and plaintiff's motion for leave to serve a third-party subpoena on the Alabama Bureau of Investigation (Doc. 54).

---

[1] Before this case was reassigned, the court ordered defendants to respond to plaintiff's motion to clarify and compel discovery (Doc. 40) on May 29, 2019. (Doc. 41). Instead of responding to the motion, defendants filed their motion for summary judgment (Doc. 42) and motion to stay discovery (Doc. 44). If defendants wish to rest on the responses and arguments contained in these motions, no further response to plaintiff's motion to clarify and compel is required—but, for clarity of the record, defendants should so state explicitly.

DONE, on this the 10th day of October, 2019.

                                              /s/ Susan Russ Walker
                                              Susan Russ Walker
                                              United States Magistrate Judge