# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| WALTER PETTAWAY, as Administrator of the Estate of Joseph Lee Pettaway, deceased, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. 2:19-CV-00008-JTA |
| CPL. NICHOLAS D. BARBER and SGT. MICHAEL D. GREEN, ) ) ) | |
| Defendants. ) | |

## MOTION TO CONTINUE

Come now, the Defendants in the above-styled cause, by and through undersigned counsel, and respectfully move this Honorable Court to continue the hearing on all pending motions currently set for February 6, 2020. As grounds and in support of this motion, Defendants state as follows:

1. Attorney Chambliss has represented Defendants in this litigation since the inception of the case. However, she has been out of the office since January 17 and her return date is unknown at this time.

2. Undersigned counsel and Attorney East are working together in handling Attorney Chambliss' cases at this time.

3. Based on a review of Plaintiff's motion for hearing (Doc. 59), there are currently six motions pending before the court, including a motion for summary judgment. After a preliminary review of the motions, it appears that the primary argument is whether staying discovery is appropriate at this stage of the litigation.

4.	Undersigned counsel has spoken to counsel for Plaintiff regarding Defendants' request for a seven-day continuance of the hearing. She advised opposing counsel that it is her intention to review the motions in more detail, including all the case law cited by Plaintiff's counsel and Attorney Chambliss. If, after reviewing the case law, undersigned counsel determines Plaintiff's position is correct, we will work together to move the case forward without the necessity of court intervention at this juncture. With that assurance, Plaintiff's counsel does not oppose this motion to continue.

5.	To that end, Defendants would request a seven-day continuance of the February 6 hearing with the understanding that she will make every effort to reach a mutual agreement with opposing counsel prior to the new hearing date. In the event that counsel for the parties are able to reach an agreement, we will notify the court and file the appropriate pleadings to dispose of all currently pending motions.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request a seven-day continuance of the hearing currently set for February 6, 2020.

Respectfully submitted this 3rd day of February, 2020.

/s/ Stacy L. Bellinger
STACY BELLINGER (ASB-3470-D63S)
Attorney for Defendants

**OF COUNSEL:**
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
Telephone: (334) 625-2050
Facsimile: (334) 625-2310
sbellinger@montgomeryal.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that foregoing has been served upon the following by electronic filing and notification through CM/ECF with United States District Court Middle District of Alabama on this 3rd day of February, 2020:

Griffin Sikes, Jr.
Post Office Box 11234
Montgomery, AL 36111
Phone: (334) 233-4070
sikeslawyer@gmail.com

H.E. Nix, Jr.
7515 Halcyon Pointe Drive
Montgomery, AL 36117
Phone: (334) 279-7770
cnix@nixattorney.com

                                              */s/ Stacy Bellinger*
                                              OF COUNSEL