IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER PETTAWAY, as administrator of the Estate of Joseph Lee Pettaway, deceased,<br><br>   Plaintiff,<br><br> v.<br><br>NICHOLAS D. BARBER and MICHAEL D. GREEN,<br><br>   Defendants. | CASE NO. 2:19-cv-08-JTA |

## **ORDER**

Upon consideration of the Joint Motion to Withdraw All Pending Motions And Status Report (Doc. No. 68), filed on February 13, 2020, and good cause shown, it is hereby

ORDERED as follows:

1. The Joint Motion to Withdraw All Pending Motions is GRANTED.

2. The motions pending before the court (Docs. No. 40, 42, 44, 48, 49, 54) are hereby WITHDRAWN.

3. The Defendants' Memorandum in Support of Motion for Summary Judgment (Doc. No. 43) is hereby STRICKEN from the record.

4. The parties shall file a Rule 26(f) report containing the discovery plan as soon as practicable, but no later than **February 18, 2020.**

DONE this 13th day of February, 2020.

             /s/ Jerusha T. Adams
             JERUSHA T. ADAMS
             UNITED STATES MAGISTRATE JUDGE