IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER PETTAWAY, as Administrator of the Estate of Joseph Lee Pettaway, deceased, <br><br> Plaintiff, <br><br> v. <br><br> CPL. NICHOLAS D. BARBER and SGT. MICHAEL D. GREEN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 2:19-cv-8-JTA |

# **ORDER**

Upon consideration of the outstanding motions in this case (Docs. No. 72, 78, and 85), and for good cause, it is hereby

ORDERED that an oral argument by telephone is set for **June 2, 2020 at 2:00 p.m.** The parties and movants shall be prepared to address all pending motions. All counsel of record will receive an email with dial in instructions on how to join the call.

The counsel are ADVISED that the Court expects counsel to use their best efforts to resolve these outstanding issues prior to the June 2, 2020 proceeding.

DONE this 22nd day of May, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE