IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER PETTAWAY, as administrator of the Estate of Joseph Lee Pettaway, deceased, </br></br>       Plaintiff, </br></br>   v. </br></br> NICHOLAS D. BARBER and MICHAEL D. GREEN, </br></br>       Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>)   CASE NO. 2:19-cv-08-JTA</br>)</br>)</br>)</br>)</br>)</br>) |

## **ORDER**

Before the court is Plaintiff's motion to compel (Doc. No. 72), seeking an order compelling Defendants to comply with an alleged written agreement to produce certain documents or recordings as part of their initial disclosures which are in the possession, custody or control of the City of Montgomery relating to the death of Joseph Pettaway. Defendants oppose the motion arguing that such an agreement did not exist. (Doc. No. 75.) Defendants contend they agreed to produce the required information under Federal Rule of Civil Procedure 26(a)(1), and have done so (Doc. No. 75-2), but did not agree to produce any information which is not in their possession, custody or control nor which they may not use to support their defenses. (Doc. No. 75.)

Having heard argument from the parties on June 2, 2020, the court is unconvinced by Plaintiff's argument. It is undisputed that the City of Montgomery is in the possession, custody or control of the documents and recordings relating to the death of Joseph Pettaway. The City of Montgomery however is not one of the defendants in this case. (*See* Doc. No. 21, First Am. Compl.) Considering the status of the City of Montgomery as a nonparty, the proper mechanism to obtain the information would be a Rule 45 subpoena under the Federal Rules of Civil Procedure.

Plaintiff's attempt to require Defendants to provide the requested information under Federal Rule of Civil Procedure 26(a)(1)(A)(ii) misses the mark.  Further, it is apparent to the court from its review of the exhibits submitted by the parties that no agreement existed between them that required Defendants to provide the requested information as part of their initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(A)(ii).  Finally, Plaintiff already provided notice to Defendants of his intent to serve the City of Montgomery with a subpoena for the requested information so Plaintiff is not prejudiced by the defeat of this motion.  Accordingly, it is

ORDERED that the motion to compel (Doc. No. 72) is DENIED.

DONE this 3rd day of June, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE