IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER PETTAWAY, as administrator of the Estate of Joseph Lee Pettaway, deceased, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS D. BARBER and MICHAEL D. GREEN, <br><br> Defendants. | ) ) ) ) ) ) ) ) CASE NO. 2:19-cv-08-JTA ) ) ) ) ) ) |

## **ORDER**

On today, the Court held oral argument on Plaintiff's Motion for Entry of an Amended Scheduling Order (Doc. No. 102) filed on August 20, 2020. Upon consideration of the representations made by the parties during the oral argument and for good cause, it is

ORDERED that the motion for entry of an amended scheduling order (Doc. No. 102) is GRANTED. It is further

ORDERED that on or before **August 31, 2020**, the parties shall file a joint Rule 26(f) report containing the proposed deadlines for the amended scheduling order.

DONE, this 24th day of August, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE