IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA  RECEIVED

NORTHERN DIVISION

2020 SEP 14  A 9: 24

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WALTER PETTAWAY
as administrator of the Estate
of Joseph Lee Pettaway, deceased,                    Civil Action

Plaintiffs,                              2:19-cv-0008

*versus*                                    Jury Trial Demanded

NICHOLAS D. BARBER
and MICHAEL D. GREEN,

Defendants.

## PLAINTIFF'S MOTION TO FILE UNDER SEAL

Comes now plaintiff and moves the Court for an Order allowing plaintiff to file under seal as Exhibit A to Plaintiff's contemporaneously filed Motion to Strike the Designation of "Confidential" for Nicholas Barber's body cam recording. As grounds for this motion, plaintiff does show and represent as follows:

1. The Court's July 30, 2020 Protective Order (Doc. 101) directs in paragraph (j) as follows:

(j) ... information about which the parties disagree as to whether it should be confidential, but which disagreement has not been resolved by court ruling or order, shall not be filed publicly with the Court but shall instead be filed under seal with a notation that the information is confidential and subject to this Order.

2. In response to subpoenas served on the City, in late August, 2020, counsel for the City produced a number of materials, many of which, contrary to the Court's Order, the City did not designate any specific information contained in those documents as "confidential," but instead erroneously designated the entire document as "confidential."

3. One of these materials designated as confidential by City counsel is an audio-video recording made by the body camera worn on occasion in question by defendant Nicholas Barber

1

that shows, inter alia, a police dog under the control and direction of defendant Nicholas Barber attacking plaintiff's decedent, Joseph Lee Pettaway, and the ensuing events.

4.   This video recording is one of the key and critical pieces of evidence in this case. Plaintiff's counsel and City counsel disagree about the City's designation of this entire audio-video recording as confidential and efforts to resolve this disagreement have not been successful.

5.   In order for the Court to resolve the issue of whether the City has met is burden of establishing that this recording should be confidential, the Court will need to view that recording.

These premises considered, plaintiff seeks leave to file under seal (a) the attached Exhibit A, a flash drive containing this body cam recording and (b) an accompanying written time line of the contents of this flash drive.

Griffin Sikes, Jr.
Attorney for Plaintiff
Post Office Box 11234
Montgomery, Alabama 36111
334.233.4070
sikeslawyer@gmail.com

/s/ H. E. Nix, Jr.

H. E. Nix, Jr.
Attorney for Plaintiff
7515 Halcyon Pointe Drive
Montgomery, AL 36117
334.279.7770
cnix@nixattorney.com

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on this 11th day of September, 2020, by hand delivery to counsel of record as follows:

Stacey Bellinger, Esq., at 103 North Perry Street, Montgomery, AL 36104

Chris East, Esq., at 103 North Perry Street, Montgomery, AL 36104

Of Counsel

2