IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

WALTER PETTAWAY
as administrator of the Estate
of Joseph Lee Pettaway, deceased,

      Plaintiffs,

*versus*

NICHOLAS D. BARBER
and MICHAEL D. GREEN,

      Defendants.

Civil Action

2:19-cv-0008

Jury Trial Demanded

## NOTICE OF FILING UNDER SEAL

Comes now plaintiff and gives notice of the filing under seal of (a) a flash drive labelled Exhibit A to Plaintiff's contemporaneously filed Motion to Strike the Designation for "Confidential" for Nicholas Barber's Body Cam Recording Attached as Exhibit A and (b) a written time line of the events shown and depicted on the flash drive.

_____
Griffin Sikes, Jr.
Attorney for Plaintiff
Post Office Box 11234
Montgomery, Alabama 36111
334.233.4070
sikeslawyer@gmail.com

/s/ H. E. Nix, Jr.
_____

H. E. Nix, Jr.
Attorney for Plaintiff
7515 Halcyon Pointe Drive
Montgomery, AL 36117
334.279.7770
cnix@nixattorney.com

SCANNED

1

Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on this 11th day of September, 2020, by hand delivery to counsel of record as follows:

Stacey Bellinger, Esq., at 103 North Perry Street, Montgomery, AL 36104

Chris East, Esq., at 103 North Perry Street, Montgomery, AL 36104

_____
Of Counsel