IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER PETTAWAY, as Administrator of the Estate of Joseph Lee Pettaway, deceased, <br><br> Plaintiff, <br><br> v. <br><br> CPL. NICHOLAS D. BARBER and SGT. MICHAEL D. GREEN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO. 2:19-cv-8-JTA

## **ORDER**

This matter is before the court on Plaintiff's Motion to Strike the Designation of "Confidential" for Nicholas Barber's Body Cam Recording (Doc. No. 109) and Plaintiff's Motion to File Under Seal (Doc. No. 110). Accordingly, it is

ORDERED that on or before **September 25, 2020**, the defendants shall show cause in writing why the plaintiff's motions should not be granted.

DONE this 16th day of September, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE