IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER PETTAWAY, as administrator of the Estate of Joseph Lee Pettaway, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CASE NO. 2:19-cv-08-JTA<br>) |
| NICHOLAS D. BARBER and MICHAEL D. GREEN, | )<br>)<br>) |
| Defendants. | ) |

## **ORDER**

Before the court are the plaintiff's motion to strike (Doc. No. 109) and the City of Montgomery's response thereto (Doc. No. 113).   Accordingly, it is

ORDERED that a motion hearing by video conference be set for **October 6, 2020** at **11:00 a.m**.

The Courtroom Deputy is directed to notify the parties and provide the contact information.

The parties are DIRECTED to sign in to the video conference no later than five minutes prior to the hearing.

DONE this 28th day of September, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE