IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WALTER PETTAWAY, as Administrator<br>of the Estate of Joseph Lee Pettaway,<br>deceased,<br><br>    Plaintiff,<br><br>v.<br><br><br>CPL. NICHOLAS D. BARBER and<br>SGT. MICHAEL D. GREEN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 2:19-cv-8-JTA |

**ORDER**

Pending before the court is Plaintiff's Motion to File Under Seal (Doc. No. 110), wherein he asks the court to seal (1) a body-camera recording from Defendant Nicholas Barber and (2) a written timeline of the contents of the recording. Upon consideration of the motion, the court finds good cause to seal the recording. Accordingly, it is hereby

ORDERED as follows:

1. The motion (Doc. No. 110) is GRANTED in part and DENIED in part. The motion is GRANTED as to the body-camera recording from Defendant Nicholas Barber. The plaintiff shall file the body-camera recording UNDER SEAL no later than **October 5, 2020 at noon**.

2. The motion is DENIED as to the written timeline of the contents of the recording. The plaintiff may move to admit into evidence the timeline as

an exhibit during the videoconference hearing scheduled in this case for October 6, 2020.

3.  The parties shall submit all written exhibits they intend to introduce at the hearing to the Courtroom Deputy no later than **October 5, 2020 at noon**. Any exhibits not submitted by that date will not be considered by the court at the hearing.

DONE this 28th day of September, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE