IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER PETTAWAY, as administrator of the Estate of Joseph Lee Pettaway, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:19-cv-08-JTA ) |
| NICHOLAS D. BARBER and MICHAEL D. GREEN, | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

For good cause, it is

ORDERED that the motion hearing by video conference set for **October 6, 2020** at **11:00 a.m**. is **RESET** to **October 19, 2020** at **10:30 a.m.**

The Courtroom Deputy is directed to notify the parties and provide the contact information.

The parties are DIRECTED to sign into the video conference no later than five minutes prior to the hearing.

DONE this 29th day of September, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE