IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER PETTAWAY, as Administrator of the Estate of Joseph Lee Pettaway, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| CPL. NICHOLAS D. BARBER and SGT. MICHAEL D. GREEN, | )   CASE NO. 2:19-cv-08-JTA<br>)<br>)<br>) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the defendants' motion to strike documents (Doc. No. 118) wherein the defendants urge the court to strike the documents filed by the plaintiff which were filed in violation of the protective order (Doc. No. 101) and the court's Order of September 28, 2020 (Doc. No. 115), it is hereby

ORDERED as follows:

1. The motion to strike documents (Doc. No. 118) is GRANTED.

2. Docs. No. 117 and 117-1 are hereby STRICKEN.

The plaintiff is DIRECTED to submit his exhibits for the motion hearing to the Courtroom Deputy as stated in the court's Order of September 28, 2020 and follow the directives in said Order for admission of the exhibits at the hearing.  (*See* Doc. No. 115.)

DONE this 1st day of October, 2020.

                                          /s/ Jerusha T. Adams
                                          JERUSHA T. ADAMS
                                          UNITED STATES MAGISTRATE JUDGE