IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER PETTAWAY, as Administrator of the Estate of Joseph Lee Pettaway, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CPL. NICHOLAS D. BARBER and SGT. MICHAEL D. GREEN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:19-cv-8-JTA<br>)<br>)<br>)<br>) |

## **ORDER**

Pending before the court are Plaintiff's Motion to Strike Confidentiality Designation Regarding The Entire Barber Video And Other Videos Identified Herein (Doc. No. 126) and Plaintiff's Motion To Be Allowed To File Motion To Strike Entire Barber Video Confidentiality Designation (Doc. No. 126-1). Pursuant to this court's written order of October 19, 2020, Plaintiff's Motion to Strike was due to be filed on or before October 26, 2020. (Doc. No. 120.) In addition, Plaintiff mistakenly filed the motion for leave to file the motion to strike out of time as an attachment (Doc. No. 126-1) to the untimely filed motion (Doc. No. 126) when it should have been vice versa. Accordingly, it is

ORDERED as follows:

1. Plaintiff's motions (Docs. No. 126, 126-1) are STRICKEN.

2. On or before **November 9, 2020**, plaintiff shall file his motion for leave to file to file the motion to strike out of time and submit his proposed motion to strike as an attachment to the motion for leave.

3. On or before **November 16, 2020**, the defendants shall show cause in writing why the plaintiff's motion for leave to file his untimely motion to strike should not be granted.

DONE this 5th day of November, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE