# WILDERNESS FIRST AID CURRICULUM AND DOCTRINE GUIDELINES

## 2017 EDITION



BOY SCOUTS OF AMERICA®



EXHIBIT 2

Wilderness First Aid Curriculum and Doctrine Guidelines

# Patient Assessment—Initial and Focused

### Lessons I and II—Total Time
2 hours, 30 minutes

## Patient Assessment I: Initial (Primary) Assessment—Sizing Up the Scene

### Time
30 minutes

### Objectives
Upon completion of this lesson and skill practice, the participant will be able to:

1. Describe the importance of immediately establishing control of the scene.
2. Describe the importance of establishing a safe scene including checking for hazards and standard precautions.
3. Define *mechanism of injury* (MOI) and describe why it is important as a factor in patient assessment.
4. Demonstrate how to perform an initial assessment including a quick scan for major bleeding and assessing airway, breathing, circulation, disability, and the environment (ABCDEF method).
5. Assess the number of victims and the need for additional resources.

### *General Information*

"Patient" is the term used to describe the person to whom you will be giving first aid. You have to assess what is wrong with a patient before you can give first aid. An assessment is a step-by-step process. Although some of the steps might change depending on the immediate status of the patient, no step should be left out.

### *Establish Control*

Emergencies, small or large, may be charged with emotion and confusion. Even minor chaos increases the risk of injury to rescuers and bystanders and the risk of inadequate care for the patient. Emergencies most often call for a leader to be directive, at least until the scene is safe and the patient is stabilized. This is best accomplished by discussing leadership in case of an emergency with other members of your party *before* a potentially critical situation occurs.

In an emergency, two qualities in a leader are necessary. The first is competence. That means you know your stuff; you are capable and ready to act. The second is confidence. You appear able to deal with the situation. You don't have to *feel* confident, but you should appear confident and sound confident. Avoid shouting. Speak with quiet authority, and then listen. Your goals should be, first, to provide the greatest good for the greatest number in the shortest time, and second, to do no harm.

### *Assess the Scene*

Before rushing to a patient's side, take a few moments to stand back and survey the scene, checking for specific information. You must do all you can to ensure your actions won't make matters worse. Humans are resources. So creating additional patients would not only double the trouble but also reduce the resources. The problem would become more than twice as serious.

Establish body substance isolation (BSI). Take precautions—put on nonlatex gloves and/or glasses, for example—to protect you and the patient from germ transmission. This part of the process is termed "universal or standard precautions."

If possible, determine the MOI. Are there clues suggesting what happened to the patient or the forces involved in the patient's injury? For example, how far did a patient fall, and what did he or she land on?

5

Wilderness First Aid Curriculum and Doctrine Guidelines

## *Perform an Initial Assessment: ABCDE*

After assessing the scene, your goal is to identify and treat any immediate threats to life. If you discover a threat, stop and attend to it. Death may occur due to loss of an airway; inadequate or nonexistent breathing; loss of adequate circulation because the heart has stopped or the patient has serious internal or external bleeding; damage to the spinal cord; or extremes of the environment. You should be asking questions. A patient who cannot respond requires your immediate CPR assessment training.

If you encounter a scene with many victims and few emergency responders, quickly applying a tourniquet to a person with a severed limb(s) may be the first technique you utilize to stop severe bleeding and save their life. Although opening the airway is the first treatment given to an unresponsive patient, assessing the entire situation quickly and determining the best effective treatment to save the most lives may include applying a tourniquet first.

Identify yourself, if necessary, and your level of training. Then ask for consent to provide care. Say something like "Hi, my name is _____ and I've been trained in first aid. Can I help you?" A patient who responds positively, or who does not respond negatively, has agreed to your treatment.

**Control the patient and gather information.** Say something like "Please do not move until I know more about you. Can you tell me who you are and what happened?" The patient may identify a chief complaint, saying something such as "I twisted my knee, and it really hurts."

If no chief complaint is identified, ask what the patient thinks is wrong. If the information you gather leads you to suspect a spine injury, place a hand on the patient's head and remind the patient to remain still.

Assess using the ABCDE method.

- (A) Check the patient's airway. A patient who is speaking has an open airway, but ask if he or she has any problem breathing.
- (B) Assess breathing. If breathing is difficult, you need to figure out why and fix the problem. This course will address some breathing problems that were not covered in your CPR course.
- (C) Perform a quick scan for major bleeding. If you find bleeding, immediately expose the wound and use direct pressure to control the bleeding. However, using a tourniquet on a limb may be the first bleeding control measure necessary if it is clear that direct pressure will not be effective. Assess circulation. Check for a pulse at the wrist. This course will address something you can do for a pulse that is too fast or too slow.
- (D) Assess for disability. If you suspect a spine injury, keep a hand on the patient's head or ask someone else to take control of the head. This course will address spinal injuries.
- (E) Assess any threats in the environment. Prolonged exposure to environmental extremes can cause changes in body core temperature that may threaten the patient's life. The most common threat is cold. To avoid changes in body core temperature, a patient should be protected from the environment. If the threat is not extreme, protection may wait until you know more. If necessary, you must sometimes expose parts of the patient's body at skin level in order to assess the extent of damage and provide immediate care.

6

Wilderness First Aid Curriculum and Doctrine Guidelines

# Shock and Heart Attack

### Time
30 minutes

### Objectives
Upon completion of this lesson and skill practice, the participant will be able to:
1. Define shock and discuss briefly the stages of shock.
2. List the signs and symptoms of shock and describe the patient in which shock may be a potential threat to life.
3. Demonstrate the emergency treatment of and describe the long-term care for a patient in shock.
4. Define heart attack and list the signs and symptoms of a heart attack.
5. Demonstrate the emergency treatment of and describe the long-term care for a patient having a heart attack.
6. Describe situations that would require an evacuation versus a rapid evacuation.

### General Information
Shock is inadequate perfusion, a condition that results when the cardiovascular system is challenged, causing the patient's brain and other body cells to receive a less than sufficient flow of oxygenated blood. It can occur from a great variety of injuries and illnesses including but not limited to: loss of the needed level of fluid in the body via blood loss or significant dehydration; failure of the heart to pump adequately due to heart attack; or loss of adequate pressure in the blood vessels of the body due to spinal cord damage or a severe allergic reaction. Whatever the cause, shock patients tend to share similar signs and symptoms, and you must be able to intervene with proper care and know when the patient needs a higher level of care than you can provide.

### Guidelines for Assessment and Treatment of Shock
Patients in shock progress through stages as they deteriorate.

In the early stages, look for:
1. Level of responsiveness (LOR) that is anxious, restless, and/or disoriented.
2. Heart rate (HR) that is rapid and weak.
3. Respiratory rate (RR) that is rapid and shallow.
4. Skin color, temperature, and moisture (SCTM) that is pale, cool, and clammy (but may be pink and warm in some cases, such as if the shock is the result of an allergic reaction).
5. Symptoms that include nausea (and sometimes vomiting), dizziness, and thirst.

In the later stages, look for:
1. LOR that continually decreases with eventual unresponsiveness.
2. HR in which the radial pulse (the pulse at the wrist) grows increasingly rapid, weakens, and eventually disappears.

Since shock can kill, and since what you can do for shock is limited in the wilderness, early recognition and management are critical.
1. Treat shock early, before serious signs and symptoms develop.
2. If a cause can be identified, such as bleeding or dehydration, treat the cause immediately.
3. Keep the patient calm and reassured.
4. Keep the patient lying down, as found in most cases. If no trauma is involved, raising the lower extremities up to 12 inches may be helpful for a short period of time. However, do not do this if it causes the patient any pain.
5. Protect the patient from loss of body heat.
6. Sips of cool water may be given to prevent dehydration with shock from any cause if the patient tolerates fluids, and his or her mental status allows holding and drinking from a container.

11

Wilderness First Aid Curriculum and Doctrine Guidelines

# Wounds and Wound Infection

**Time**

2 hours

**Objectives**

Upon completion of this lesson and skill practice, the participant will be able to:

1. Define serious bleeding and demonstrate control of bleeding including direct pressure, packing the wound, and tourniquets.
2. Define abrasion, laceration, and blister, and demonstrate wilderness treatment, including the use of improvisation, for each.
3. Demonstrate proper wound-cleaning techniques, including pressure irrigation, scrubbing, and rinsing.
4. Define and demonstrate the proper management of superficial, partial-thickness and full-thickness burns in short- and long-term settings.
5. Define and describe the treatment for chafing.
6. Define and describe treatment for common medical problems related to ears, nose, and teeth.
7. Describe treatment and prevention of bites from mosquitoes, ticks, and venomous snakes.
8. Describe the signs, symptoms, and treatment of wound and skin infections.
9. Describe personal and camp hygiene and their role in prevention of skin infections.
10. Describe how some wounds and wound infections could be prevented.
11. Describe situations that would require an evacuation versus a rapid evacuation.

## General Information

Wounds, burns, and problems related to the ears, nose, and teeth are among the most common ailments dealt with by all providers of first aid. All wounds should be considered and treated as contaminated. Goals of management include stopping serious blood loss, cleaning wounds and keeping them clean, and treating wounds in order to increase comfort and promote healing.

*Note:* Use nonlatex gloves when there is any possibility of exposure to blood or other body fluids.

## Guidelines for Treatment of Bleeding

When the heart beats, it sends blood through the arteries in pulsations. As the blood returns to the heart, it moves under less pressure and flows in a steady stream. Life-threatening arterial bleeding spurts from a wound each time the patient's heart beats, or flows rapidly if muscle and tissue prevent it from spurting. Venous bleeding, which can also be serious, flows smoothly and rapidly.

A quick visual scan of the patient is often enough to detect serious bleeding—but not always! Check inside the clothing of someone wearing bulky winter gear or rain gear. Check beneath someone who is lying in sand, rocks, snow, or any other terrain that might disguise blood loss.

*Note: Severe blood loss can also be from an internal injury (e.g., artery or organ) and not visible, so monitor for shock.*

Almost all bleeding can be stopped with direct pressure, usually applied with pressure from your hand directly on the wound with a barrier between you and the wound. If there is time, place a sterile dressing on the wound before applying pressure. If there is no time, grab anything absorbent to press into the wound. In cases of severe bleeding, packing a wound initially with your fingers, then switching to and packing with absorbent material, can supplement continued direct pressure.

Be aware that some wounds should not be treated with direct pressure. Pressure to a wound on a patient's neck may cut off the air supply. Instead, stop the bleeding by carefully pinching the opening closed. Pressure to a head wound may push cracked bone fragments into the patient's brain or other vital organs in the head (e.g., eye, inner ear). Cover the wound with a bulky dressing and press lightly instead.

20

Wilderness First Aid Curriculum and Doctrine Guidelines

If blood loss is significant, a commercial or improvised tourniquet can be used on an arm or leg. While direct pressure will stop most bleeding, in a wilderness situation control of blood loss is a priority and may make the "tourniquet first" approach appropriate in order to prevent shock. There are two military approved commercial strap and windlass style tourniquets: Combat Action Tourniquet (C-A-T) or the Special Operations Forces Tactical Tourniquet (SOFT-T). Otherwise use an improvised tourniquet. Tie a band of soft material (e.g., a large triangular bandage), approximately 3 inches in width, around the limb and about 2 to 3 inches above the wound. Do not use anything narrow such a belt, rope, or string as a tourniquet. The minimal width for a tourniquet would be 1½ inches. Tie a short stick or another rigid object into the material to create a windlass technique. Then twist it, tightening the tourniquet until bleeding stops—and no more. Attach the stick to the windlass by incorporating it into the knot, and fasten one end of the windlass when it has been adequately tightened by tying a square knot over it and the limb.

It is critically important to check the pulse *beyond the tourniquet* after application. If you can find a pulse, the tourniquet is not tight enough and should be tightened more. If the windlass applied tourniquet does not stop the bleeding, apply a second one directly above the first. These arterial tourniquets are rarely necessary and should only be used in the event of life-threatening bleeding that is not stopped by direct pressure. However, if a second tourniquet is required to control bleeding, apply and keep it on continuously until the patient receives definitive surgical care. In a very remote area where care might not be reached for days, continuous application can result in loss of the limb. Of course, it is always more important to save a life than a limb.

In all situations, it is best to apply a tourniquet before any signs or symptoms of shock can appear. A rule of thumb is to leave a tourniquet on any extremity with severe arterial bleeding—not venous bleeding—no longer than two hours, then start a transition to wound packing and a pressure dressing to control the bleeding. However, it is important to only loosen the tourniquet and leave it in place around the extremity in case bleeding occurs again. If a tourniquet has to be left on an extremity longer than six hours, then it is recommended to leave it on until definitive care can be reached. Tourniquets should not be released periodically just to resupply the limb with blood since this can cause excessive blood loss resulting in shock. The control of blood loss is a critical step in a remote care situation. Only remove the tourniquet if it seems feasible that applying direct pressure will fully control the bleeding.

There are now three hemostatic dressings approved by the military. These are special bandages that help clot blood. They are expensive and not suggested as part of the basic curriculum, but they are appropriate to use with the proper training. When used, place hemostatic dressings into the wound, if possible on the bleeding vessel, in the same manner as wound packing with cotton gauze. Do not apply these dressings on top of other bandage material. Continuous direct pressure must also be applied for a minimum of five minutes or per the manufacturer's recommendations for hemostatic dressings.

## Guidelines for Assessment and Treatment of Specific Wounds

*Abrasions* are shallow and often dirty wounds that occur when some skin has been scraped away. If you are able to treat the abrasion within about 10 minutes, simply applying a thick layer of antibiotic ointment—if the patient is not allergic—covering it with a sterile dressing will work. If treated later, abrasions should be scrubbed clean. You can scrub with a gauze pad or a clean, soft cloth with soap and water. Follow scrubbing with irrigation or rinsing. Apply a thin layer of antibiotic ointment if no allergies, then a dressing and bandage.

*Lacerations* are cuts through the skin that have either even or ragged edges. They will vary in depth. Skin around a laceration should be washed clean prior to thorough irrigation of the wound. There is no definitive amount of water to use when irrigating a laceration, but plan on using at least a half-quart. In most cases, deep lacerations that you had to hold open in order to irrigate thoroughly should be held closed with wound closure strips or thin strips of tape after cleaning. Apply a thin layer of antibiotic ointment if not allergic, then a dressing and bandage.

*Blisters* result from sheer forces that cause aggressive rubbing of outer layers of skin against inner layers. The tough outer layer of skin separates from the sensitive inner layer. Fluid fills the space created between the layers. Blisters feel better when deflated, and controlled draining is far better than having them rupture inside a dirty sock. Clean around the site thoroughly. Sterilize the point of a needle or knife, or use a sterile scalpel, and open the blister wide enough to easily massage the fluid out. Leaving the roof of the blister intact will make it feel better and heal faster. If the roof has been rubbed away, clean the wound. In all cases, apply a dressing that limits friction. Many commercial products are available that are ideal for this purpose. You can also build a moleskin donut, which is a rounded piece of moleskin with a hole cut in the center. Center the blister site in the hole and fill the hole with ointment. An antibiotic ointment is preferable, but any lubricating ointment will work. Tape or a strip of moleskin needs to be placed over the hole to keep the ointment in place.

21

Wilderness First Aid Curriculum and Doctrine Guidelines

# Addendum: Severe Bleeding Curriculum and Guidelines Reviewed, 2019

A commercial or improvised tourniquet can be used on an arm or leg to stop or control severe bleeding. Direct pressure will stop most bleeding; however, in cases of severe bleeding, controlling blood loss is so important that it may be more appropriate to use a "tourniquet-first" approach to prevent shock from excessive blood loss. Tourniquets may be particularly helpful when there is a large amount of blood loss, when there are multiple injured victims, or when there is a single victim with multiple severe wounds.

Whenever possible, a military-approved commercial tourniquet should be used. There are two military-approved commercial strap and windlass–style tourniquets: the Combat Application Tourniquet® (C-A-T) and the SOF® Tactical Tourniquet (SOF®TT).

If a commercial tourniquet is not available, an improvised tourniquet should be used. To improvise a tourniquet, tie a band of soft material (e.g., a large triangular bandage) approximately 2 to 3 inches wide around the limb approximately 2 to 3 inches above the wound. Do not use narrow items like rope, a narrow strap, or string as a tourniquet. The minimum width for a tourniquet should be 1½ inches. Tie a short stick or another rigid object into the material to create a windlass. Tighten the tourniquet by turning the windlass until the bleeding stops—and no more. After the windlass has been adequately tightened, attach it to the limb so that it does not come loose.

If the windlass tourniquet does not stop the bleeding, apply a second one directly above the first. This is rarely necessary. Unless it will take more than two hours to get the victim to definitive care, you should not remove a tourniquet before it is evaluated by a trained professional. Record the time the tourniquet was applied on the tourniquet and/or the patient. The Wilderness First Aid curriculum provides additional information about managing tourniquets when transport times may be prolonged.