IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER PETTAWAY, as Administrator of the Estate of Joseph Lee Pettaway, deceased, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS D. BARBER, *et al*., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACT. NO. 2:19-cv-08-ECM <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

Now pending before the Court is the Plaintiff's Notice of late filing (doc. 195) which the Court construes as a motion to file out of time the Rule 26(f) report. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to file out of time (doc. 195) is GRANTED.

Done this 9th day of June, 2021.

                                             /s/ Emily C. Marks
                                         EMILY C. MARKS
                                         CHIEF UNITED STATES DISTRICT JUDGE