IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

WALTER PETTAWAY, as Administrator of the Estate of Joseph Lee Pettaway, deceased,

    Plaintiff,

VS.

NICHOLAS D. BARBER and MICHAEL D. GREEN,

    Defendants.

CIVIL ACTION NUMBER

2:19-CV-0008

DEPOSITION OF:

ANDRE CARLISLE

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the deposition of:

ANDRE CARLISLE

may be taken before Nancy S. Holland, Commissioner and Notary Public, State at Large, at the offices of the City of Montgomery Legal Department, 103 North Perry Street, Montgomery, Alabama, on the 6th day of July, 2021, commencing at approximately 9:35 a.m.

PLAINTIFF'S EXHIBIT B

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 1

Walter Pettaway vs Nicholas D. Barber and Michael D. Green

Andre Carlisle
7/6/2021

10  From 2015 until January of 2021, during
11 that period of time, there were no circumstances
12 under which Montgomery police officers were required
13 to provide hands-on first aid or medical care to an
14 injured person, correct?
15 A.    You mean where there's a policy in
16 place?
17 Q.    Yes, sir.
18 A.    Is that what you're asking?
19 Q.    Yes, sir.  Were they required by
20 policy to --
21 A.    To do hands-on?
22 Q.    Right.
23 A.    No.
24 Q.    Okay.  Under no circumstances that you
25 know of was that required.

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 42

Walter Pettaway vs Nicholas D. Barber and Michael D. Green

Andre Carlisle
7/6/2021

```
 1   A.          Under no circumstances that I know of,
 2   yes.
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 43