```
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE MIDDLE DISTRICT OF ALABAMA
 3                       NORTHERN DIVISION
 4
 5   WALTER PETTAWAY, as
     Administrator of the
 6   Estate of Joseph Lee        CIVIL ACTION NUMBER
     Pettaway, deceased,
 7                                   2:19-CV-0008
             Plaintiff,
 8                               DEPOSITION OF:
     VS.
 9                               ERNEST N. FINLEY, JR.
     NICHOLAS D. BARBER
10   and MICHAEL D. GREEN,
11           Defendants.
12
13             S T I P U L A T I O N S
14        IT IS STIPULATED AND AGREED, by and between
15   the parties through their respective counsel, that
16   the deposition of:
17             ERNEST N. FINLEY, JR.
18   may be taken before Nancy S. Holland, Commissioner
19   and Notary Public, State at Large, at the law
20   office of H.E. Nix, 7505 Halcyon Pointe Drive,
21   Montgomery, Alabama, on the 29th day of June, 2021,
22   commencing at approximately 9:15 a.m.
23
24
25
```

**PLAINTIFF'S EXHIBIT C**

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 1

```
 5   Q.          Okay.  Your testimony is that MPD
 6   policy 3.3.5 did not require MPD policemen who
 7   cause say a life-threatening injury such as
 8   arterial bleeding, they don't have any obligation
 9   to themselves provide first aid to stop or reduce
10   the flow of blood necessary to avoid loss of life,
11   correct?
12               MR. EAST:  Object to form.
13   A.          Correct.
14   Q.          You were the policymaker who made or
15   created or put 3.3.5 into effect as MPD policy,
16   correct?
17   A.          Correct.
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 39