

# Montgomery Police Department
# Written Directive

| | | |
|---|---|---|
| **Chapter:** | 3 | Law Enforcement Service and Authority |
| **Section:** | 3.3 | Use of Force |
| **Policy:** | 3.3.5 | Rendering Aid |
| **CALEA No:** | 4.1.5 | |
| **New/Amends/Rescinds:** | Rescinds 2.220 Dated 8-10-12 | |
| **Issue Date:** | April 13 2018 | |
| **Effective:** | April 27 2018 | |
| **Pages:** | 2 | |
| **Distribution:** | [A] | |
| **Authority:** | Chief of Police | |

**PURPOSE:**

The purpose in this directive is to establish procedures for rendering aid after the use of force.

**POLICY:**

A. Personnel are required to request the Medics to provide appropriate medical aid after the use of force in the following circumstances:

   1. To all persons with obvious injuries.

   2. To all persons complaining of injuries.

   3. To all persons with suspected injuries.

B. Appropriate Medical Aid may include but is not limited to:

   1. Increased observation to detect obvious changes in condition;

   2. Evaluation by paramedics;

   3. Flushing chemical agents from the eyes;

   4. Removing barbs after Taser deployment

   5. Applying first aid; or

   6. For more serious or life threatening incidents, immediate aid by other medical professionals

C. Medical Aid is to be rendered by only those trained and/or certified to render such aid

---

1 | Rendering Aid



PLAINTIFF'S EXHIBIT 3 Finley

**SCOPE:**

This policy is applicable to all personnel.

**RESPONSIBILITY:**

It shall be the responsibility of all personnel employed by the Montgomery Police Department to comply with this policy.

**DEFINITIONS:**

N/A

**PROCEDURES:**

N/A

**TRAINING:**

N/A

**ADMINISTRATIVE OVERSIGHT:**

1. **Annual Administrative Review:**
   N/A

2. **Ongoing Review:**
   N/A

**BY ORDER OF:**


Ernest N. Finley,
Chief of Police

---

2 | Rendering Aid