IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2022 FEB 28 P 3: 24

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WALTER PETTAWAY,
as Administrator of the Estate
of Joseph Lee Pettaway, deceased,

**Plaintiffs,**

v.                                                         Civil Action No.: 2:19-cv-0008

NICHOLAS D. BARBER
and MICHAEL D. GREEN,
et al.,

**Defendants.**

## NOTICE OF CONVENTIONAL FILING UNDER SEAL

COMES NOW the Plaintiff and gives notice of the conventional filing under seal of

exhibits to the Plaintiff's Motions for Summary Judgment in accordance with the Court's prior

Orders regarding conventional filing, as follows:

**EX 6** – Exhibit 3 to the Jones deposition, a photo of Joseph Lee Pettaway on sidewalk at 3.23.51 a.m.

**EX 7** – Exhibit 4 to the Jones deposition, a photo of Joseph Lee Pettaway on the sidewalk at 3.24.08 a.m.

**EX 8** – Exhibit 5 to the Jones deposition, a photo of Joseph Lee Pettaway on the sidewalk at 3.29.17 a.m.

**EX 9** – Exhibit 6 to the Jones deposition, a photo of Joseph Lee Pettaway on the sidewalk at 3.25.14 a.m.

**EX 10** -- Exhibit 7 to the Jones deposition, a photo of the sidewalk at 3809 Cresta Circle.

**EX 11** -- Exhibit 8 to the Jones deposition, a photo of the sidewalk at 3809 Cresta Circle.

**EX 12** -- Exhibit 9 to the Jones deposition, a photo of blood trail at 3809 Cresta Circle.

**EX 13** -- A photo of Joseph Lee Pettaway on the sidewalk lit by police flashlights, 3.23.40 a.m.

**EX 35** – Audio recording of Dixon initial phone call to police.


H. E. Nix, Jr.
Attorney for Plaintiff
7505 Halcyon Pointe Drive
Montgomery, AL 36117
Phone: 334.279.7770
E-mail: cnix@nixattorney.com


CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served by email to all counsel of record herein on this the 28th day of February, 2022:

C. Winston Sheehan, Jr., Esq., wsheehan@ball-ball.com

William Gray, Esq., wpg@grayattorneys.com

John Norris, Esq.,  norrisj@bellsouth.net


H. E. Nix, Jr.
Attorney for Plaintiff
7505 Halcyon Pointe Drive
Montgomery, AL 36117
Phone: 334.279.7770
E-mail: cnix@nixattorney.com