IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER PETTAWAY, as Administrator the Estate of Joseph Lee Pettaway, deceased, ) ) ) Plaintiff, ) ) vs. ) ) NICHOLAS D. BARBER, et al., ) ) Defendants. ) | Case No. 2:19-CV-00008 |

## NOTICE OF CONVENTIONAL FILING UNDER SEAL

COMES NOW the Defendant Nicholas D. Barber and gives notice of the conventional filing under seal of exhibits to Defendant Nicholas Barber's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment (Doc. 280), in accordance with the Court's prior Protective Orders regarding conventional filing, as follows:

Exhibit 3 – video recording made by the body camera of Nicholas Barber

Exhibit 6 – video recording made by the body camera of Keiundra Watts

Exhibit 9 – MPD Dispatch Log

Exhibit 11 – MPD Police Report

Respectfully submitted this the 31st day of March, 2022.

C. WINSTON SHEEHAN, JR. (SHE013)
ROBERT L. "TRIPP" DeMOSS, III (DEM023)
*Attorney for Defendants, City of Montgomery, Ernest Finley, Michael D. Green, Joshua T. Smith, Keiundra Watts, Ryan Powell, Nicholas D. Barber and Bianka Ruiz*

**OF COUNSEL:**
BALL, BALL, MATTHEWS & NOVAK, P.A.
445 Dexter Avenue, Suite 9045
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680 - telephone
(334) 387-3222 - facsimile
tdemoss@ball-ball.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 31, 2022, the foregoing has been served upon the following by electronic filing and notification through CM/ECF with United States District Court Middle District of Alabama:

Griffin Sikes, Jr.
Post Office Box 11234
Montgomery, AL 36111
sikeslawyer@gmail.com

H.E. Nix, Jr.
7515 Halcyon Pointe Drive
Montgomery, AL 36117
cnix@nixattorney.com

William Patton Gray , Jr
Gray & Associates LLC
3500 Blue Lake Drive; Suite 455
Birmingham, AL 35243
wpg@grayattorneys.com

John David Norris
Norris & Rankin LLC
2410 Cobbs Ford Road
Millbrook, AL 36054
norrisj@bellsouth.net

Rebecca L. Chambliss
Chambliss Law
P.O. Box 241726
Montgomery, AL 36124
rebecca@chambliss.law

Stacy L. Bellinger
City of Montgomery Legal Dept.
Post Office Box 1111
Montgomery, Alabama 36101-1111
sbellinger@montgomeryal.gov

                                                           /s/ *signature*
                                                           OF COUNSEL