IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WALTER PETTAWAY
as administrator of the Estate
of Joseph Lee Pettaway, deceased,

                Plaintiff,

    *versus*

NICHOLAS D. BARBER,
MICHAEL GREEN, JUSTIN
THRASHER, RYAN POWELL,
JOSHUA SMITH, KEIUNDRA
WATTS, BIANKA RUIZ and
NEAL FLOURNOY, ERNEST
N. FINLEY and THE CITY OF
MONTGOMERY, ALABAMA,

                Defendants.

Civil Action

2:19-cv-0008-ECM

Jury Trial Demanded

## PLAINTIFF'S CONVENTIONAL FILING UNDER SEAL

## OF BODY CAMERA RECORDINGS OF NICHOLAS BARBER AND KEIUNDRA WATTS

## AND STILL PHOTOS MADE FROM THOSE BODY CAMERA RECORDINGS

Comes now and pursuant to Court Order files (a) the two attached thumb drives on which video recordings made by body cameras worn on July 8, 2018, by defendants Nicholas Barber and Keiundra Watts made video recordings of the critical actions, inactions, events and circumstances of the police dog's fatal attack on plaintiff's decedent Joseph Lee Pettaway on that date and the events and circumstances existing and occurring at the time, as well as those which preceded and followed that attack; (b) the attached thumb drive on which a set of still photographs made from defendant Barber and Watts' body cameras' video recordings are recorded, and (c) the attached set of prints of those photographs.

These video recordings and photographs are critical evidence in this case and are submitted as dispositive evidence at the summary judgment stage of this case.

Griffin Sikes, Jr.
Post Office Box 11234
Montgomery, Alabama 36111
334.233.4070
sikeslawyer@gmail.com

/s/ H. E. Nix, Jr.

H. E. Nix, Jr.
7515 Halcyon Pointe Drive
Montgomery, AL 36117
334.279.7770
cnix@nixattorney.com

Certificate of Service

I certify that a true and correct copy of the foregoing has been conventionally filed with the Clerk of Court on this 3rd day of October, 2022, and a copy of the same has been served upon defense counsel by first class, U. S. Mail.

C. Winston Sheehan, Esq., at wsheehan@ball-ball.com

Allison Alford Ingram, Esq., at ALA@ball-ball.com

Stacy Bellinger, Esq., at sbellinger@montgomeryal.gov

John David Norris, Esq., at norrisj@bellsouth.net

William P. Gray, Esq., at wpg@grayattorneys.com

Of Counsel