IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

WALTER PETTAWAY
as administrator of the Estate
of Joseph Lee Pettaway, deceased,                        Civil Action

                Plaintiff,                                                           2:19-cv-0008-ECM

     *versus*                                                                        Jury Trial Demanded

NICHOLAS D. BARBER,
MICHAEL GREEN, JUSTIN
THRASHER, RYAN POWELL,
JOSHUA SMITH, KEIUNDRA
WATTS, BIANKA RUIZ and
NEAL FLOURNOY, ERNEST
N. FINLEY and THE CITY OF
MONTGOMERY, ALABAMA,

                Defendants.

PLAINTIFF'S EVIDENTIARY SUBMISSION

IN SUPPORT HIS MOTIONS FOR SUMMARY JUDGMENT

     Comes now plaintiff and in support of his motions for summary judgment on the liability of defendants Barber, the City and Finley on the Second and Fourth Claims for Relief, submits the following evidentiary materials:

        Photo of Joseph Lee Pettaway

        Photo of 3809 Cresta Circle house

        ALEA diagram of house at 3809 Cresta Circle

        MPD Written Directive 3.3.5, Montgomery Police Department

        Depo excerpts, former MPD Cpl. Nicholas Barber

        Depo excerpts, former MPD Chief Ernest N. Finley

        Depo excerpts, James B. Jones

        Affidavit of James B. Jones, March, 2019

Affidavit of James B. Jones, October, 2020

Affidavit of Benjamin Omalu, September, 2022

Depo excerpts, Dr. Stephen Boudreau, August 31, 2021

Autopsy Report, Joseph Lee Pettaway

Autopsy photo, Joseph Lee Pettaway

Autopsy photo, Joseph Lee Pettaway

Depo excerpts, MPD Policewoman Watts

Depo excerpts, MPD Policeman Ruiz

Depo excerpts, MPD Policeman Powell

Depo excerpts, MPD Policeman Smith

Depo excerpts, MPD Policeman Flournoy

Depo excerpts, City, per its Rule 30(b)(6) designee, Lt. Andre Carlisle

Depo excerpts, City per its Rule 30(b)(6) designee, Raymond Carson

MPD Case Report, COM 000879-000884

MPD Canine Unit Policy and Procedures

ABI Photo of window pane removed from rear window at 3809 Cresta Circle

Audio recording of Dixon phone call to police (filed separately under seal)

Nicholas Barber's Body Camera Recording (filed separately under seal)

Keiundra Watts' Body Camera Recording (filed separately under seal)

Photos from Body Cam Recordings (filed separately under seal)

/s/ Griffin Sikes, Jr.

Griffin Sikes, Jr.
Post Office Box 11234
Montgomery, Alabama 36111
334.233.4070
sikeslawyer@gmail.com

/s/ H. E. Nix, Jr.

H. E. Nix, Jr.
7515 Halcyon Pointe Drive
Montgomery, AL 36117
334.279.7770
cnix@nixattorney.com

Certificate of Service

I certify that a true and correct copy of the foregoing has been filed on Pacer, the Court's electronic server, on this 4th day of October, 2022, for service on all counsel of record herein:

C. Winston Sheehan, Esq., at wsheehan@ball-ball.com

Allison Alford Ingram, Esq., at ALA@ball-ball.com

Stacy Bellinger, Esq., at sbellinger@montgomeryal.gov

John David Norris, Esq., at norrisj@bellsouth.net

William P. Gray, Esq., at wpg@grayattorneys.com

/s/ Griffin Sikes, Jr.

Of Counsel