**CONFIDENTIAL
PROPERTY OF
ALABAMA LAW ENFORCEMENT AGENCY**

