1           IN THE UNITED STATES DISTRICT COURT

2             FOR THE MIDDLE DISTRICT OF ALABAMA

3                     NORTHERN DIVISION

4

5    WALTER PETTAWAY, as
     Administrator of the
6    Estate of Joseph Lee         CIVIL ACTION NUMBER
     Pettaway, deceased,
7                                      2:19-CV-0008
            Plaintiff,
8                                   DEPOSITION OF:
     VS.
9                                ERNEST N. FINLEY, JR.
     NICHOLAS D. BARBER
10   and MICHAEL D. GREEN,

11          Defendants.

12

13          S T I P U L A T I O N S

14          IT IS STIPULATED AND AGREED, by and between

15   the parties through their respective counsel, that

16   the deposition of:

17               ERNEST N. FINLEY, JR.

18   may be taken before Nancy S. Holland, Commissioner

19   and Notary Public, State at Large, at the law

20   office of H.E. Nix, 7505 Halcyon Pointe Drive,

21   Montgomery, Alabama, on the 29th day of June, 2021,

22   commencing at approximately 9:15 a.m.

23

24

25

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 1

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12   Q.          Okay.  Well, that was his testimony.

13   Plaintiff's Exhibit 1-B is the testimony of

14   Lieutenant Carson with regard to that.  He said that

15   he took -- was promoted in July of 2018 and began at

16   that point.

17             He also -- I'll put in Plaintiff's

18   Exhibit 1-A, and these are some -- his testimony

19   with regard to the fact that during the course of

20   your being the Police Chief at the City of

21   Montgomery, you were the ultimate policymaker for

22   what goes in and what is out as far as policies and

23   procedures for Montgomery Police Department police

24   officers, correct?

25   A.          Correct.
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 9

Walter Pettaway vs Nicholas D. Barber and Michael D. Green

Ernest N. Finley, Sr.
6/29/2021

```
 1

 2    Either this 3.3.5 required the police to take

 3    reasonable steps, first aid rendering themselves to

 4    persons injured or it didn't require them to do

 5    that.  Which is it?

 6                    MR. EAST:  Objection.  If you think

 7       that he's answered it, then it's been asked and

 8    answered.  Move on.

 9    Q.            Can I have an answer to my question?

10    A.            They followed the policy.

11    Q.            That's not an answer to my question.

12    There are two possibilities.  Again, I'll state it

13    for you, sir.  Either 3.3.5 required police who

14    cause an injury to someone in the course of

15    apprehending them, it requires them to themselves

16    in appropriate circumstances to render first aid

17    themselves and not simply make a call.  That's one

18    possibility.

19                    The other is the only obligation that

20    they have is to promptly summons medical care.  I'm

21    asking you which of those two is the policy?

22                    MR. EAST:  Object to form.

23    Q.            Which of those two?

24    A.            I think according to the policy to

25    summons medical care, and that's what they did.
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 38

1  Q.            That's the limit of what they're

2  required to do, correct?

3                MR. EAST:  Object to form.

4  A.            Yes.

5  Q.            Okay.  Your testimony is that MPD

6  policy 3.3.5 did not require MPD policemen who

7  cause say a life-threatening injury such as

8  arterial bleeding, they don't have any obligation

9  to themselves provide first aid to stop or reduce

10 the flow of blood necessary to avoid loss of life,

11 correct?

12                MR. EAST:  Object to form.

13 A.            Correct.

14 Q.            You were the policymaker who made or

15 created or put 3.3.5 into effect as MPD policy,

16 correct?

17 A.            Correct.

18

19

20

21

22

23

24

25

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 39

Walter Pettaway vs Nicholas D. Barber and Michael D. Green

Ernest N. Finley, Sr.
6/29/2021

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   .

24

25         Q.       All right.   Do you know that if no

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 58

```
 1   action is taken to cause somebody to resume

 2   breathing in a very short time, that person will

 3   die or have very serious injuries, permanent

 4   injuries resulting from the lack of oxygen getting

 5   to their brain, correct?

 6   A.          Correct.

 7   Q.          All right.  And do you have any

 8   judgment about how long a person can go without

 9   breathing?

10   A.          No.

11   Q.          Okay.  And what do you understand the

12   term "cardiac arrest" to mean?

13   A.          Issues with the heart.

14   Q.          Issues with the heart or does cardiac

15   arrest mean cessation of heartbeat, their heart has

16   stopped?  Is that what you understand it to mean?

17               MR. EAST:  Object to form.  He's

18   already said what -- He's already answered what he

19   understood it to mean.

20   A.          Yes.

21   Q.          All right.  As I use the term, that's

22   what I'm going to refer to.  When I say "cardiac

23   arrest," I'm going to talk about that a person's

24   heart has stopped.  If a person's heart stops

25   beating, that's something that must be treated
```

1-888-326-0594 depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 59

1 | immediately, correct?

2 | A.          Correct.

3 | Q.          Okay.  And if actions aren't taken

4 | immediately or virtually immediately, then that

5 | person is subject to die or to have serious

6 | injuries, correct?

7 |             MR. EAST:  Object to form.

8 | A.          Correct.

9 |

10 |

11 |

12 |

13 |

14 | Q.          Okay.  Do you know that if a major

15 | blood vessel in a person's body is cut or severed

16 | or torn and they are bleeding heavily, that

17 | person's blood is escaping from their body, that

18 | that must be treated immediately?

19 |             MR. EAST:  Object to form.

20 | A.          Yes.

21 |

22 |

23 |

24 |

25 |

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 60

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19    Q.          You don't know where the fire and

20    rescue squad is?

21    A.          No, sir.

22    Q.          Okay.  Do you know where the ambulance

23    company is located?

24    A.          No, sir.

25    Q.          Okay.  All right.  But in any event,
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 78

1  wherever they are, they then have got to make a

2  trip or travel from wherever the fire and rescue

3  squad units are housed to wherever within the

4  purple area there the injured person is, correct?

5  A.          Correct.

6  Q.          All right.  Would you agree that there

7  are unavoidable and inevitable delays between when

8  someone suffers an injury at the hands of the

9  police somewhere in the City of Montgomery and when

10 these two calls, at least two calls have to be made

11 and then the EMT unit has to go out to the

12 location?  There's an inevitable delay in getting

13 there, correct?

14          MR. EAST:  Object to form.

15 A.          Yes.

16

17

18

19

20

21

22

23

24

25

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 79