STATE OF ALABAMA      )
MONTGOMERY COUNTY )

## AFFIDAVIT

Before me the undersigned Notary Public appeared James Bernard Jones, who is known to me, and who did depose, swear and affirm as follows and signed this affidavit in my presence.

I, James Bernard Jones, am a resident of Montgomery County, Alabama; I am over the age of 21 years; I make this affidavit based on my personal knowledge and recollections.

On Saturday, July 7, 2018, I and Joseph Lee Pettaway, whose nickname was Popette, were at a house located at 3809 Cresta Circle ("the house") for most of the day doing yard work and clean-up work at the house. We had been doing repair work on the house for a month or two for the owner, getting it ready for me, my girlfriend and our 3-month old daughter to move into. I would pay Popette from time to time for helping me with the repair work. At that time, Alabama Power had turned off the electrical service to the house and the City Water Works had also turned off the water supply to the house.

During that time, some days I spent the night at South Mall Apartments with my girlfriend and our baby daughter and on other nights I stayed over and slept at the house on Cresta Circle after I finished working on it. My girlfriend and baby daughter did not stay at the house on Cresta Circle because the electrical service and water had been turned off.

That Saturday evening, Joseph and I grilled some deer sausage on a grill in the back yard of the house and we had supper together before I left and drove over to South Mall Apartments where Shonta and I and our baby daughter were staying.

An hour or two later, my cousin Gary Dixon called me and said someone was inside the house. He said that he didn't know who it was because he had quickly left the house and had called the police from outside the house. I then told him that I was driving back over to the house.

When I got to the house, there were several police vehicles parked on the street outside the house and a half dozen or so policemen were in front of the house. I spoke with a black officer there who asked if I was renting the house and I told him I was.

This black policeman asked me if whoever was inside the house was committing a burglary, whether I would "press charges" and I told him I would. A white policeman asked me if he could send a police dog into the house. When he asked me this, I really didn't believe there was anyone in the house and I also thought he was asking me this because he thought I might be concerned about the dog dirtying up or damaging something in the house. Both because I didn't think anyone was in the house and also I wasn't worried about any damage because, other than some tools and an old TV, there wasn't that much in the house, I told him that he could.

    I then watched as the policeman took the police dog off of the leash he had it on. Then, after he took the dog off the leash, the policeman said something to the dog in a foreign language that sounded like German to me and the dog then alone immediately ran into to the house through the front door which was open. I am certain that no policeman went into the house with the dog or ahead of the dog.

    Several minutes later, as I was standing outside the house with the policeman, I heard screams from inside the house. It was only after these screams that any policemen went into the house. Several minutes later the police dragged Popette or Joseph Pettaway onto the concrete walkway just outside the front door. There was blood all over Joseph.

    I was very surprised and upset when I saw that it was Popette. I told the police that Popette was my friend who had been helping me do repairs to the house.

    Paramedics were not present when the police brought Popette out of the house, but the police then called them. They came very shortly after that and began to treat Mr. Pettaway's wounds. Later, an ambulance arrived and the police put Popette in the ambulance and left with him.

_____
James Bernard Jones

STATE OF ALABAMA    )
MONTGOMERY COUNTY )

    Before me, the undersigned authority, personally appeared James Bernard Jones, who is known to me and after being first duly sworn, deposes and says that he executed the above and foregoing Affidavit and that the facts stated therein are true and correct to the best of his knowledge and belief.

    Sworn to and subscribed before me this 21st day of March, 2019.

_____
Notary Public

My Commission Expires: 12/14/22