STATE OF ALABAMA

MONTGOMERY COUNTY

<u>AFFIDAVIT</u>

Before me, the undersigned notary public, appeared James Bernard Jones, who is known to me, and who did depose, swear and affirm as follows and has signed this affidavit in my presence.

I, James Bernard Jones, am over the age of 21 years and I make this affidavit based on personal knowledge.

In the first half of 2018, I made an agreement with Mr. Norris Harris regarding the small house that he owned at 3809 Cresta Circle in Montgomery, Alabama. That house had been vacant for some time and was in need of repair in order to make it ready for someone to move into it and live there.

Mr. Harris and I agreed that I could rent the house from him if I would make repairs to the house to make it ready to live in. My intention was to make the repairs to get it ready for me and my girlfriend, Shonta, and her baby to live in the house.

I began making those repairs to the house in early 2018, and by July, 2018, I had been making working on the house for several months. I had several workers who helped me with making these repairs throughout this three to five month period of time in the first half of 2018.

Two of these workers during these months were Joseph Lee Pettaway and Garry Dixon. Joseph Lee was a good painter and Garry Dixon was a good at basic carpentry work. For many days during the spring of 2018, Joseph Lee and Garry both worked on the house, helping me make the needed repairs. I do not believe that they knew each other before they started working during this several month period of time in early 2018, but they got along fine with each other on the job and had a good relationship. I never saw any dispute or problems between them.

Earlier in 2018, before the summer months, occasionally I would stay in the house overnight, particularly if I had worked late on the house and the weather was cool enough. I also stayed some nights with my girlfriend at her mother's apartment on the other side of town, and I did this more and more as the weather got warmer because the house on Cresta Circle did not have running water or electricity being supplied to it.

In July, 2018, I knew that Garry Dixon was staying overnight at the house, but did not know whether Joseph Lee Pettaway also occasionally stayed there overnight. If he had been, I do not remember knowing of it. However, neither of them was renting the house. I was the only person renting it from the owner, Mr. Harris, and I had not sub-leased the house to anyone and no one was paying me anything to stay in the house during 2018. .

I believe that on Saturday, July 7, 2018, both Joseph Lee Pettaway and Garry Dixon were at the house that day and I know that both were there at the house that evening when we barbequed in the backyard of the Cresta Circle house on that Saturday. There were a number of other people there at the barbecue in addition to me, Garry Dixon and Joseph Lee Pettaway, but I don't remember who all was there. I do remember that my girlfriend Shonta was at the barbecue.

It was dark when I left the house that night and the only person that I know who stayed behind at the house that night was Garry Dixon.

James Bernard Jones

STATE OF ALABAMA
MONTGOMERY COUNTY

Before me, the undersigned, personally appeared James Bernard Jones, who is known to me and being first duly sworn, deposes and says that he executed the above and foregoing Affidavit and that the facts stated therein are true and correct to the best of his knowledge and belief.

Sworn and subscribed before me this 22nd day of October, 2020.

Notary Public

My Commission expires: 1-25-2023