1          IN THE UNITED STATES DISTRICT COURT

2              MIDDLE DISTRICT OF ALABAMA

3                  NORTHERN DIVISION

4

5    WALTER PETTAWAY          )

6    as administrator of     )CIVIL ACTION

7    the Estate of Joseph     )2:19-CV-0008

8    Lee Pettaway,           )

9    deceased,                )DEPOSITION OF:

10        Plaintiffs,         )STEPHEN BOUDREAU, M.D.

11   VS.                     )

12   NICHOLAS D. BARBER,     )

13   et al.,                 )

14          Defendants. )

15

16          S T I P U L A T I O N S

17        IT IS STIPULATED AND AGREED, by and between

18   the parties through their respective counsel, that the

19   continued deposition of STEPHEN BOUDREAU, M.D., may be

20   taken before Sandra Bain Moon, Commissioner and Notary

21   Public, State at Large, at the Department of Forensic

22   Sciences, 8160 AUM Drive, Montgomery, AL 36117, on the

23   31st day of August, 2021, commencing at 1:00 p.m.

24

25

```
1          IT IS FURTHER STIPULATED AND AGREED that the
2     signature to and reading of the deposition by the
3     witness is waived, the deposition to have the same
4     force and effect as if full compliance had been had
5     with all laws and rules of Court relating to the
6     taking of depositions.
7
8          IT IS FURTHER STIPULATED AND AGREED that
9     it shall not be necessary for any objections to be
10    made by counsel to any questions, except as to form or
11    leading questions, and that counsel for the parties
12    may make objections and assign grounds at the time of
13    the trial, or at the time said deposition is offered
14    in evidence, or prior thereto.
15                              ***
16
17
18
19
20
21
22
23
24
25
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 2

```
 1              I, Sandra Bain Moon, a Court Reporter of
 2    Birmingham, Alabama, and a Notary Public for the State
 3    of Alabama at Large, acting as Commissioner, certify
 4    that on this date, as provided by the Federal Rules of
 5    Civil Procedure and the foregoing stipulation of
 6    counsel, there came before me on the 31st day of
 7    August, 2021, at the Department of Forensic Sciences,
 8    8160 AUM Drive, Montgomery, Alabama 36117, commencing
 9    at 1:00 p.m., STEPHEN BOUDREAU, M.D., witness in the
10    above cause, for oral examination, whereupon the
11    following proceedings were had:
12                   STEPHEN BOUDREAU, M.D.,
13    having been duly sworn was examined and testified as
14    follows:
15              THE COURT REPORTER:  Stipulations?
16              MR. SIKES:  Usual stipulations.
17                        EXAMINATION
18    BY MR. SIKES:
19    Q.        Would you identify yourself for the record,
20    please?
21    A.        Stephen Boudreau.
22    Q.        And, Dr. Boudreau, where are you employed
23    presently?
24    A.        I'm employed by the Alabama Department of
25    Forensic Sciences as a Senior State Medical Examiner.
```

1   Q.      All right.  And how long have you held that
2   position?
3   A.      That will be 19 years this year.
4   Q.      All right.  Do you have a CV?
5   A.      I do.  I don't have it with me.
6   Q.      Can we put that in -- you can supply it at
7   the end of the deposition.  You can put it in as
8   Plaintiff's Exhibit 1?
9   A.      Sure.  The girl in the office should be able
10  to get you one.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 6

Walter Pettaway vs Nicholas D. Barber, et al.

Steven Boudreau, M.D.
8/31/2021

1          I'm going to mark as Plaintiff's Exhibit 3,

2   your autopsy report, what we've been produced as your

3   autopsy report, and ask you if you can identify that

4   as such.

5                          (

6

7

8

9

10

11

12

13

14

15

16   Q       All right.  On your autopsy report -- this

17   is on -- the autopsy report was done -- you did this

18   autopsy?

19   A.      Yes, sir.

20   Q       And briefly tell us what an autopsy is.

21   A       Well, we examine the body -- we receive a

22   body in a sealed body bag.  We memorialize the autopsy

23   all through the autopsy with photographs.  We open the

24   body bag, examine the person for any evidence of

25   injury, x-ray, if necessary, wash and clean the body

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 9

```
 1   and remove all of the organs from the body and examine
 2   them and come to a conclusion as to the cause and
 3   manner of death.
 4   Q        All right, sir.  And on Plaintiff's Exhibit
 5   3, your autopsy report, this is on Joseph Pettaway?
 6   A        Correct.
 7   Q        And you did that when?
 8   A        On July 9, 2018.
 9   Q        And the report -- the date you have reported
10   as the date of death is the day before, July 8?
11   A        Correct.
12   Q        The cause of death is stated on there to be
13   dog attack?
14   A        Correct.
15   Q        More specifically, was it a cut or tear of
16   the femoral artery sustained in a dog attack that you
17   believe caused the death?
18            MR. EAST:  Object to the form.
19   A        Yes.  There was tearing of the femoral
20   artery, vein and nerve in the left groin.
21   Q        Okay.  And that was a yes, you -- that was
22   the cause of death, you determined?
23   A        Yes, sir.
24
25
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 10

Walter Pettaway vs Nicholas D. Barber, et al.                         Steven Boudreau, M.D.
                                                                             8/31/2021

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10     Q        Was there -- I'm going to show you what has
11   been produced earlier as photographs.
12     A        Yes.
13     Q        Can you identify those as photographs that
14   were taken in the course of your autopsy of
15   Mr. Pettaway?
16
17
18
19
20
21
22     A.       Okay.  Yeah, these actually were photographs
23   taken by me of the autopsy of Mr. Pettaway.
24
25
```

Walter Pettaway vs Nicholas D. Barber, et al.

Steven Boudreau, M.D.
8/31/2021

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19          Q.       (By Mr. Sikes)  Look down at the
20   photograph that is numbered 28 in there, please, sir.
21   A.       Uh-huh.
22   Q.       Have you got 28?
23   A.       Yes.
24   Q.       Does that show the dog bite --
25   A.       Yes.
```

```
1    Q.        -- wounds that you're talking about?
2    A.        Yes, sir.
3    Q.        All right.  There's one that is larger and
4    longer than the other, correct?
5    A.        Correct.
6    Q.        Did you determine that that was the fatal
7    wound or not?
8    A.        Correct.  That injury, the one towards the
9    top of the body, is the one that went down into the
10   artery, nerve and vein.
11
12
13
14
15
16
17             MR. SIKES:  What I'm going to do is put in
18   those that show what I think Dr. Boudreau indicated is
19   the fatal wound.
20   Q.        (By Mr. Sikes)  Look at 28, 29, 32 and 33.
21   A.        Those are the ones.
22   Q.        Right.  Are those the photographs that best
23   display or show the particular wound that you think
24   was the fatal wound?
25   A.        Yes, sir.
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 13

```
 1   Q.       All right.  And the larger of those is the

 2   one that cut or tore the --

 3   A.       Artery.

 4   Q.       -- femoral artery?

 5   A.       Yes.

 6   Q.       Okay.  There's a lesser one below it?

 7   A.       Correct.

 8   Q.       Did that -- and does that --

 9   A.       There's actually two that are fairly deep

10   below it, but they didn't get into any

11   life-compromising tissues.

12   Q.       Okay.  So --

13   A.       It's just the deep one that's --

14   Q.       The larger --

15   A.       Correct.

16   Q.       The larger on all of those photographs?

17   A.       Yes.

18   Q.       Okay.  All right.  I'll put those in as 4,

19   5, 6 and 7 exhibits to the deposition.

20

21

22

23

24

25
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 14

Walter Pettaway vs Nicholas D. Barber, et al.

Steven Boudreau, M.D.
8/31/2021

```
1
2              (Plaintiff's Exhibit 4 was
3               marked for identification.)
4              (Plaintiff's Exhibit 5 was
5               marked for identification.)
6              (Plaintiff's Exhibit 6 was
7               marked for identification.)
8              (Plaintiff's Exhibit 7 was
9               marked for identification.)
10   Q.        (By Mr. Sikes)  All right.  How would you
11   describe the dog bite wound that you believe caused
12   Mr. Pettaway's death?
13   A.        It's just a deep dog bite.  There are canid
14   marks from canine teeth that tore into the groin, one
15   of which was deep enough to cut the artery, vein and
16   nerve in the groin.
17   Q.        All right, sir.  Let me ask you, you made --
18   I didn't note on your autopsy report -- I noted only
19   one measurement of the wound, only one measurement in
20   total.
21   A.        Of that big wound, yeah.
22   Q.        Right.  That's the one you refer to as being
23   a two-and-a-half-inch incision?
24   A.        Yeah, correct.
25   Q.        Okay.  Did you make any other measurements
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 15

1   of that wound or any other wounds --

2   A.      No.  I just measured that one as the wound

3   that I felt was the fatal issue.

4   Q.      All right, sir.  Let me ask you, do you have

5   any other information to describe or help us

6   understand the nature and degree of the wound that

7   caused Mr. Pettaway's death?

8   A.      I'm not sure I understand the question.

9   Q.      Is there any other way -- it's a -- I think

10  you described it as a deep two-and-a-half-inch --

11  A.      Right.

12  Q.      -- cutting incision?

13  A.      Well, it's a tearing from a dog's teeth.  I

14  mean, the --

15  Q.      Right.

16  A.      There's a bundle that comes down out of your

17  pelvis that has your femoral artery, vein and nerve in

18  it.  The dog bite went in and tore through the artery,

19  vein and the nerve.  It's a fairly large artery.  An

20  adult's is about as big as my index finger

21  (indicating).  And it's under pressure, would bleed

22  heavily and immediately, and it caused his death.

23

24

25

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 16

```
 1

 2

 3

 4   Q.        (By Mr. Sikes)  Would you characterize it as

 5   nick or a puncture or a tear or a cut?

 6   A.        A tear.

 7   Q.        And you think that was the dog's teeth that

 8   did that?

 9   A.        Correct.

10   Q.        Okay.  What type of human tissue surrounds

11   the femoral artery?

12   A.        Just soft connective tissue.  It's not an

13   armored piece of tissue.  It's just soft connective

14   tissue.

15   Q.        How far below the skin is the femoral artery

16   typically located?

17   A.        He's a fairly thin individual.  So, it would

18   only be an inch, inch and a half beneath the skin's

19   surface.  You know, he's not a very hefty guy --

20   Q.        Right.

21   A.        -- so it wouldn't have been very deep.

22   Q.        All right.  Could you tell whether the

23   femoral artery remained within the tissue, or was it

24   brought to the surface of the skin --

25   A.        It remained in the --
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 17

1    Q.        -- during the tear?

2    A.        That remained in the tissue.  During the

3    tear, I can't tell you.  I can tell you it was torn

4    open, but it did not appear to protrude through the

5    wound or anything.

6

7

8

9

10

11

12   Q.        Okay.  There are some other wounds on there I

13   think that you noted.  You talked about claw marks or

14   scratches?

15   A.        Correct.

16   Q.        And, again, I think we've covered this, but

17   they were -- for the purpose of determining cause of

18   death, they were relatively superficial and not a

19   factor in causing his death?

20   A.        Correct.

21   Q.        All right.  Was there any other type of bite

22   or injury that you saw that was a significant factor

23   in causing Mr. Pettaway's death?

24   A.        No.

25   Q.        Was it loss of blood from the wound that

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 18

1   caused Mr. Pettaway's death?

2   A.        Correct.

3   Q.        What about shock?  Can you tell us what

4   shock is?

5   A.        He would have gone into shock from blood

6   loss.  I mean, it's --

7   Q.        All right.  Tell us what shock is, if you

8   would, please.

9   A.        Well, loosely speaking, shock is when you do

10  not pump enough blood to supply your peripheral

11  organs:  Your brain, kidneys.  In this instance, he

12  would have lost blood.  He would that have had enough

13  blood to pump -- to keep his kidneys going, his brain

14  going and his heart going.

15  Q.        Is shock a frequent complication or side

16  effect of a cut or lacerated artery?

17  A.        Yes.

18  Q.        So, there's nothing unusual about him going

19  into shock here?

20  A.        No.

21  Q.        Does shock entail loss of consciousness?

22  A.        Eventually, yes.

23  Q.        Okay.  I think you just answered this, but,

24  again, the how and why loss of blood causes death is

25  that the organs aren't getting enough blood supply?

Walter Pettaway vs Nicholas D. Barber, et al.                          Steven Boudreau, M.D.
                                                                              8/31/2021

```
1   A.        They're not being -- they're not being
2   supplied with blood and oxygen.
3   Q.        Are you certain to a reasonable degree of
4   medical certainty that it was loss of blood from this
5   dog bite wound that caused Mr. Pettaway's death?
6   A.        Yes.
7   Q.        Do you know how much blood the human body --
8   an average human body has in it?
9   A.        Well, we've got about 5 liters, which is
10  about five real quarts of wine, not the 750, 5 real
11  quarts of wine.  So, we have about 5 quarts of wine,
12  if you will.
13            Every heartbeat kicks out about one can of
14  beer, about 12 ounces.  So, it's an easy way to
15  remember what you've got and what you don't have.
16  Q.        Do you know what amount of blood is required
17  and -- generally required or commonly accepted as the
18  point at which it becomes life threatening?
19  A.        He -- it would have become life threatening
20  after about a liter of blood loss.
21  Q.        Okay.  How much does it take to cause death,
22  or do you know?  Is it varying --
23  A.        Once you -- it varies, but once you get down
24  under two -- if you've lost about two liters, you're
25  looking like you're not going to survive.
```

1-888-326-0594 depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 20

```
 1   Q.        Okay.  Did you form any opinions about the
 2   severity of this wound?
 3   A.        Oh, it was obviously quite severe.  It was
 4   fatal.
 5   Q.        Right.  Did you form any opinions about what
 6   the rate of loss of blood from that wound would have
 7   been --
 8   A.        It would have been rapid.
 9   Q.        -- had there been no efforts made to stop
10   the flow of blood?
11   A.        It would have been rapid and substantial.
12   Q.        Okay.  Can you describe it any other way as
13   a rate?
14   A.        Not as a rate, no.  Like I say, every time
15   your heart beats, you put out about 12 ounces of
16   blood.
17             Well, this is -- this artery is getting a
18   hit, a fairly big hit every time your heart beats.
19   So, it would be a fairly substantial rapid rate of
20   blood loss.
21   Q.        Did you form any opinions on how long it
22   would take -- if no efforts were made to diminish or
23   retard the flow of blood, how long would it have taken
24   for this wound to cause death?
25   A.        It would only take a very short time,
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 21

1    minutes.

2    Q.        Okay.  Can you quantify minutes at all?

3    Three, five, six --

4    A.        Well, no.  It wouldn't have been an instant

5    death.  I mean, he would have to bleed for a while.

6    How many minutes, I can't exactly say.  I don't know.

7    Q.        Okay.  What are the things that can be done

8    to a wound of this type to reduce or diminish the loss

9    of blood?

10   A.        Well, the only thing you could do if you

11   were there would be apply direct pressure.  I mean,

12   that's all -- that's it.  I mean, you know, unless

13   you've got hemostats and other things to grab the

14   artery, the only thing you've got is direct pressure.

15   Q.        Would a tourniquet work in this case?

16   A.        I'm not an emergency room physician, okay?

17   Q.        Okay.  You don't have an opinion about that?

18   A.        I don't have to worry about tourniquets or

19   direct pressure or anything else.

20

21

22

23

24

25

```
 1

 2

 3

 4

 5

 6

 7

 8    Q.       Would you also, if you had some gauze or a t-

 9    shirt or something to pack the wound --

10    A.       Well, that's what you do.  You jam it

11    (indicating) in there and hold it down --

12    Q.       Right.

13    A.       -- as hard as you can.

14    Q.       Okay.  So, you pack the wound with something

15    that helps absorb and maybe clot, or begin clotting?

16    A.       Well, it's the pressure that's the important

17    thing.

18    Q.       Okay.  I'm going to show you what's an

19    exhibit to the complaint.  And I will tell you this is

20    a -- this is a Boy Scout Wilderness Guide, First Aid

21    for, among other things, stopping or retarding blood

22    flow.

23             Look at the next to last paragraph.

24    A.       By direct pressure.

25    Q.       Yes, sir.  But the next to last paragraph
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 23

```
 1    talks about almost all bleeding.  Do you see that
 2    paragraph?
 3    A.         Yes, sir.
 4    Q.         "Almost all bleeding can be stopped with
 5    direct pressure, usually applied with pressure from
 6    your hand directly on the wound."
 7               That's what you're talking about?
 8    A.         Correct.
 9    Q.         Do you disagree with that statement?
10    A.         No.
11    Q.         Okay.  And up at the top of the page, page
12    20, again -- and we will mark that Boy Scout Guide as
13    Plaintiff's Exhibit 8 to your deposition.
14               (Plaintiff's Exhibit 8
15               marked for identification.)
16    Q.         Again, back to page 20.  I'm sorry.  I lost
17    your place.
18               And it talks about there -- the first
19    paragraph talks about objectives.  It talks about
20    methods of controlling bleeding, including direct
21    pressure, packing the wound and a tourniquet, correct?
22    A.         Correct.
23    Q.         Okay.  You don't have any disagreement with
24    that, I suppose?
25    A.         No.
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 24

```
1    Q.        All right.  Obviously, you only saw

2    Mr. Pettaway after -- some hours after he had died?

3    A.        Correct.

4    Q.        Okay.  Was it possible from you looking at

5    Mr. Pettaway's body and examining it during the course

6    of your autopsy, is it possible for you to estimate

7    the range of time that this fatal dog bite would have

8    caused death if no efforts were made to --

9    A.        No, not with any degree of certainty.

10   Q.        Okay.  In the abstract, as a hypothetical

11   question, how quickly can a significant cut or tear of

12   the femoral artery cause death from loss of blood?

13   A.        Within a few minutes.

14   Q.        Okay.  And it would depend upon the severity

15   of the wound and also whether the ends of the arteries

16   were exposed or whether they were still buried in

17   tissue?  That sort of thing be a factor?

18   A.        Correct, yes.

19   Q.        All right.  As far as you could tell, this

20   one was still -- when you got in it, at least --

21   A.        Yes.

22   Q.        -- the body -- the ends of the femoral

23   artery were still buried within the tissue --

24   A.        Correct.

25   Q.        -- of the thigh --
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 25

```
1    A.        Yes.
2    Q.        -- or upper hip area there?
3    A.        Yes.
4    Q.        Okay.  Again, back to the -- page 20 over
5    here.  At the bottom of that page, the Boy Scout
6    Manual, talking about all bleeding can be stopped with
7    direct pressure applied by pressure with your hand.
8              MR. EAST:  Object to the form.
9    Q.        Do you see that quote?
10   A.        It says "almost all," not all.
11   Q.        That's right.  That's right.  I thought
12   that's what I said.
13   A.        You said "all."
14   Q.        Pardon me.  Do you know of any reason if one
15   of these measures they're talking about, direct
16   pressure or packing the wound, do you know of any
17   reason that if they had been applied or taken within a
18   few minutes after the dog bites were inflicted, that
19   they would not have stopped the bleeding or
20   significantly reduced it?
21   A.        They may have reduced it.  I wasn't there.
22   I can't tell you how badly it was bleeding or, you
23   know, how much pressure was applied or --
24   Q.        I know.  Well, the testimony is going to be
25   there wasn't any.  But I'm saying if that was applied,
```

```
 1   do you know of any reason that would not have
 2   significantly retarded the flow of blood?
 3   A.        It should have retarded the flow of blood.
 4   Q.        Okay.  Other than the information you've
 5   already supplied here in your deposition, do you know
 6   of any other information that you have or available to
 7   you or evidence that would aid or be relevant to
 8   determining whether, if prompt and timely first aid
 9   measures such as we've outlined had been taken,
10   Mr. Pettaway would have survived this injury?
11   A.        I don't know anything other than what we've
12   already discussed.
13             MR. SIKES:  Okay.  Let me have a minute.
14                  (Off the record.)
15   Q.        (By Mr. Sikes)  In your testimony, you had
16   indicated that a heart -- normal heartbeat pumps
17   approximately 12 ounces of blood?
18   A.        Yes.
19   Q.        That's not to say that this particular
20   wound, there was 12 ounces coming out of the
21   heartbeat?
22   A.        Oh, no, no, no.
23   Q.        Okay.  Because, again, this vein, as far as
24   you know, was still buried in the tissue?
25   A.        Correct.  Plus, you would have had blood
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 27

```
 1   going to his other organs down -- down the aorta as it
 2   went down.
 3   Q.      I see.  And it would have been taken out by
 4   these other --
 5   A.      Correct.
 6   Q.      What are the other main arteries in the
 7   body?
 8   A.      Well, he would have had his carotids and
 9   subclavian arteries hit first.
10   Q.      That's around your neck?
11   A.      Your neck, arms.
12   Q.      To your head --
13   A.      Right.
14   Q.      -- and arms?
15   A.      Arms.  And then as it came down -- well, as
16   immediately as it came out, it would have got his
17   coronary arteries.
18   Q.      The aorta?
19   A.      Right.  So, after it goes down through
20   there, there's a whole pile or thoracic arteries that
21   it would have supplied.  Then it would supply the
22   arteries to the gut and then the femoral arteries.
23           MR. SIKES:  That's all.  Okay.  Thank you,
24   sir.
25           MR. NIX:  Thank you, Dr. Boudreau.  It's
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 28

```
1    good to see you again.

2

3              (Deposition concluded at 1:36 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 29

Walter Pettaway vs Nicholas D. Barber, et al.

Steven Boudreau, M.D.
8/31/2021

```
 1              C E R T I F I C A T E

 2

 3   STATE OF ALABAMA )

 4   JEFFERSON COUNTY )

 5              I hereby certify that the above

 6   and foregoing deposition was taken down

 7   by me in stenotype, and the questions and

 8   answers thereto were reduced to computer

 9   print under my supervision, and that the

10   foregoing represents a true and correct

11   transcript of the deposition given by

12   said witness upon said hearing.

13

14              I further certify that I am

15   neither of counsel nor of kin to the

16   parties to the action, nor am I in

17   anywise interested in the result of said

18   cause.

19

20              s/Sandra Bain Moon
                ACCR #99 - Expires 9/30/2021
21              Certified Court Reporter and
                Commissioner State of Alabama
22              My Commission expires 11-14-2022

23

24

25
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 30