

**ALABAMA**
**DEPARTMENT OF FORENSIC SCIENCES**

8160 AUM Drive
Montgomery, AL 36117-7001

Telephone (334) 676-5292
Facsimile (334) 260-8734

# REPORT OF AUTOPSY

**ADFS CASE NUMBER:**   18MM01259

**NAME(S):**   JOSEPH PETTAWAY

**COUNTY OF DEATH:**   Montgomery

**AGE:** 50 years    **RACE:** B   **SEX:** M   **LENGTH:** 72 inches   **WEIGHT:** 176 pounds

**DATE:** July 9, 2018
**TIME:** 0914 hours

**DATE OF DEATH:** July 8, 2018

## FINAL DIAGNOSES

I. Dog attack.

      **CAUSE OF DEATH:**   Dog attack.

      **MANNER OF DEATH:**   Accident.



PLAINTIFF'S EXHIBIT 3 BOUDREAU

Case #  18MM01259
Name  Joseph Pettaway

## EVIDENCE OF INJURY

There are multiple canine bite marks in the left groin. There is a tearing of the left femoral artery vein and nerve. The area has been incised with an incision of 2-1/2 inches, which is gaping. There are multiple claw marks on the left buttock.

## EXTERNAL EXAMINATION

The following excludes any previously described injuries

BODY HABITUS: The body is that of a Black male. The age is unknown.

CONDITION OF BODY: There is no evidence of previous embalming or decomposition.

DISTINGUISHING FEATURES: None.

HEAD AND FACE: The normocephalic head is covered by black hair.

EYES: The irides are brown. The conjunctivae and sclerae are unremarkable.

NOSE: The nose is unremarkable.

ORAL CAVITY: The mouth contains native teeth. The tongue and frenula are intact.

EARS: The ears are unremarkable.

NECK: The neck is unremarkable.

CHEST: The chest is unremarkable.

ABDOMEN: The abdomen is unremarkable.

EXTERNAL GENITALIA: The genitalia are normal adult male external genitalia.

UPPER EXTREMITIES: The upper extremities are unremarkable.

LOWER EXTREMITIES: The lower extremities are unremarkable.

BACK AND ANUS: The back and anus are unremarkable.

## EVIDENCE OF MEDICAL INTERVENTION

There are numerous intravenous lines. There is an endotracheal tube. There is an orogastric tube.

Case #  18MM01259
Name    Joseph Pettaway

## INTERNAL EXAMINATION

The following excludes any previously described injuries

SEROSAL CAVITIES: The pleural, pericardial and peritoneal cavities are unremarkable.

CENTRAL NERVOUS SYSTEM: The 1435-gram brain is unremarkable. The skull, scalp, and dura are intact. The meningis are clear. The great vessels of the base of the brain are unremarkable.

ORGANS OF THE NECK: The hyoid bone and thyroid cartilages are intact. The strap muscles of the anterior neck are free of injury.

CARDIOVASCULAR SYSTEM: The 370-gram heart displays right dominant coronary artery system. The left anterior descending coronary artery displays marked calcific intimal stenosis and is reduced to a pinpoint halfway through its course. The right coronary artery system is widely patent. The myocardium is of normal color and consistency. The valves are pliant. The aorta arises normally. The great vessels are unremarkable.

RESPIRATORY SYSTEM: The 675- and 525-gram right and left lungs demonstrate marked carbonization of subpleural lymphatics. They are otherwise unremarkable.

HEPATOBILIARY SYSTEM: The 2220-gram liver is grossly unremarkable. The gallbladder contains approximately 10 cubic centimeter of greenish bile. The common bile duct is patent. The pancreas is unremarkable.

IMMUNOLOGIC SYSTEM: The 325-gram spleen is unremarkable.

ENDOCRINE SYSTEM: The thyroid, pituitary and adrenals are unremarkable.

GASTROINTESTINAL SYSTEM: The esophagus, stomach, large and small bowels are unremarkable.

GENITOURINARY SYSTEM: The 225- and 215-gram right and left kidneys display smooth cortices. The calyces, pelves, ureters, and urinary bladder are unremarkable.

REPRODUCTIVE SYSTEM: The prostate displays small areas of nodularity, which are soft. It is otherwise unremarkable.

MUSCULOSKELETAL SYSTEM: The musculoskeletal system is unremarkable.

HEMATOPOIETIC SYSTEM: The hematopoietic system is unremarkable.

## ANCILLARY STUDIES

TOXICOLOGY: Submitted and will mail upon completion.

Case #   18MM01259
Name     Joseph Pettaway

## LOGISTICS

AUTHORIZATION: Code of Alabama (1975), Section 36-18-2; Daryl Bailey, District Attorney.

IDENTIFICATION: The decedent was identified through fingerprints. D.D. Davis, Montgomery Police Department.

PERSONS PRESENT: Cheridie Kilpatrick and Douglas Griffith, Forensic Pathology Specialists; Omar Farruba, Alabama College of Osteopathic Medicine; Isaiah Gardner, Faulkner University Mobile Intern.

EVIDENCE: Photographs, fingerprints, DNA card, blood, urine, vitreous, tissue, buccal swab, one pair of pants, two t-shirt, one pair of underwear, one pair of socks, one pair of boots, one belt, one pack of cigarettes, one screwdriver bit, one battery, two-one dollar coins, fifteen quarters, thirty-seven dimes, fourteen nickels and forty five pennies.

The facts stated herein are correct to the best of my knowledge and opinion at the time of report completion.

Tissue evidence will be disposed 12 months from the date of the original report unless alternate arrangements are made prior thereto.

Toxicology evidence, not tested, will be disposed 24 months from the date of the examination unless alternate arrangements are made prior thereto.

*[signature]*

Stephen F. Boudreau, MD
Senior State Medical Examiner

July 24, 2018
Date Signed

SFB/kps/rj/krj