
07/09/2018 18MM01259
PENGAD 800-631-6989
PLAINTIFF'S EXHIBIT
5
Boudreau
29