
07/09/2018
PENGAD 800-631-6989
PLAINTIFF'S EXHIBIT
28