Case 2:19-cv-00008-ECM-JTA   Document 371-20   Filed 10/04/22   Page 1 of 7
Case 2:19-cv-00008-ECM-JTA   Document 233-15   Filed 02/24/22   Page 1 of 7

Walter Pettaway vs Nicholas D. Barber and Michael D. Green

Andre Carlisle
7/6/2021

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

WALTER PETTAWAY, as
Administrator of the
Estate of Joseph Lee              CIVIL ACTION NUMBER
Pettaway, deceased,
                                     2:19-CV-0008
        Plaintiff,
                                  DEPOSITION OF:
VS.
                                  ANDRE CARLISLE
NICHOLAS D. BARBER
and MICHAEL D. GREEN,

        Defendants.


S T I P U L A T I O N S

IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the deposition of:

ANDRE CARLISLE

may be taken before Nancy S. Holland, Commissioner and Notary Public, State at Large, at the offices of the City of Montgomery Legal Department, 103 North Perry Street, Montgomery, Alabama, on the 6th day of July, 2021, commencing at approximately 9:35 a.m.

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 1

Walter Pettaway vs Nicholas D. Barber and Michael D. Green

Andre Carlisle
7/6/2021

24  Q.            Okay.  So the Montgomery Police
25  Department doesn't require or provide any medical

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 11

Walter Pettaway vs Nicholas D. Barber and Michael D. Green

Andre Carlisle
7/6/2021

```
 1   or first aid training to policemen, correct?
 2              MR. EAST:  Object to form.
 3   A.         No.
 4   Q.         I'm sorry?
 5   A.         No.
 6   Q.         What I said is correct.
 7   A.         Yes.
```

1-888-326-0594 depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 12

Walter Pettaway vs Nicholas D. Barber and Michael D. Green                                   Andre Carlisle
                                                                                              7/6/2021

10      Did the City of Montgomery require its
11 police officers after they became police officers
12 to receive any kind of training in first aid or
13 medical care?
14 A.         No.

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 25

Walter Pettaway vs Nicholas D. Barber and Michael D. Green

Andre Carlisle
7/6/2021

```
 1
 2   Q.          Were there any Montgomery Police
 3   Department officers -- prior to this directive
 4   being entered in April of 2018, were there any who
 5   were trained or certified with regard to providing
 6   medical aid?
 7   A.          I'm not sure.
 8   Q.          Okay.  Do you know of any?
 9   A.          I don't.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 33

Walter Pettaway vs Nicholas D. Barber and Michael D. Green

Andre Carlisle
7/6/2021

```
10              From 2015 until January of 2021, during
11   that period of time, there were no circumstances
12   under which Montgomery police officers were required
13   to provide hands-on first aid or medical care to an
14   injured person, correct?
15   A.          You mean where there's a policy in
16   place?
17   Q.          Yes, sir.
18   A.          Is that what you're asking?
19   Q.          Yes, sir.  Were they required by
20   policy to --
21   A.          To do hands-on?
22   Q.          Right.
23   A.          No.
24   Q.          Okay.  Under no circumstances that you
25   know of was that required.
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 42

Walter Pettaway vs Nicholas D. Barber and Michael D. Green

Andre Carlisle
7/6/2021

```
 1   A.           Under no circumstances that I know of,
 2   yes.
 3   Q.           Okay.  Was there any training -- When
 4   Plaintiff's Exhibit 3, the new directive 3.3.5,
 5   went into effect, was any training required as to
 6   that new policy that you know of?
 7   A.           Not that I recall.
 8
 9
10
11
12
13   Q.           All right.  But you're the person
14   designated to testify with regard to Montgomery
15   Police Department training and you say that you
16   don't know of any training that was given with
17   regard to 3.3.5, correct?
18   A.           Correct.
19
20
21
22
23
24
25
```

1-888-326-0594  depos@bainandassociates.com
Bain & Associates Court Reporting Services, Inc.

Page: 43