

# Case Report Detail

**Print Date/Time:** 08/02/2018 07:32
**Login ID:** clollar
**Case Number:** 2018-00143363

Montgomery Police Department
**ORI Number:** AL0030100

## Case Details:

| | | | |
|---|---|---|---|
| **Case Number:** 2018-00143363 | | **Incident Type:** 4R Burglary Residence | |
| **Location:** 3809 CRESTA CIR MONTGOMERY, AL 36108 | | **Occured From:** 07/08/2018 02:38 **Occured Thru:** 07/08/2018 02:38 **Reported Date:** 07/08/2018 02:39 Sunday | |
| **Reporting Officer ID:** 2163-Shaw | **Status:** Closed | **Status Date:** 07/08/2018 | |
| **Assigned Bureau:** Persons | **Disposition:** Exceptional Clearance | **Disposition Date:** 07/08/2018 | |
| | **Exc Clear:** Suspect/Offender Dead | **Exc Clear Date:** 07/08/2018 | |

### Case Assignments:

| Assigned Officer | Assignment Date/Time | Assignment Type | Assigned By Officer | Due Date/Time |
|---|---|---|---|---|

Associated Cases    Status    Assisting ORIs    Role
Modus Operandi    Solvability Factors    Weight
Total:

### Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 220 | 13A-07-007:2202 | Burglary 3rd - Residence - Force | 1 |
| 2 | AL0030100 | NFO | 24S(99.9) | Death Investigation | 1 |

Page: 1 of 7



# Case Report
## Detail

| | | |
|---|---|---|
| **Print Date/Time:** 08/02/2018 07:32 | | Montgomery Police Department |
| **Login ID:** clollar | | **ORI Number:** AL0030100 |
| **Case Number:** 2018-00143363 | | |

### Offense #   1

| | | | |
|---|---|---|---|
| **Group/ORI:** State | **Crime Code:** 220 | **Statute:** 13A-07-007:2202   **Counts:** 1 | **Attempt/ Commit Code:** Attempt |
| **Description:** Burglary 3rd - Residence - Force | | | **Offense Date:** 07/08/2018 |
| **NCIC Code:** 2202 | **Scene Code:** Residence/Home | | **Bias/Motivation:** None |
| **Offense Status:** Closed | **Status Date:** 07/08/2018 | | **Occupancy Code:** |
| **Arson Code:** | **Domestic Code:** No | | **Child Abuse:** |
| **Gang Related:** None/Unknown | **Aiding/Abetting:** | | **Sub-Code:** |
| **# of Adults:** | **# of Juveniles:** | | **IBR Seq. No:** 1 |
| **Property Damage Amt.:** | **Abandoned Structure:** | | **Household Status:** |
| **Domestic Circumstance:** | **Carjacking:** | | |
| **Accosting Situation:** | **Hate Bias Indicator:** | | **Premise Code:** |
| **Gambling Motivated:** | **Order of Protection:** | | **Prior Inv - Victim:** |
| **Prior Inv - Offender:** | **Anit-reproductive rights crime:** | | **Cargo Theft:** |
| **Special Circumstances:** | **Precipitating Event:** | | |

| **Offender Suspected of Using** | **Victim Suspected of Using** | |
|---|---|---|
| Alcohol: | Alcohol: | |
| Drugs: | Drugs: | |
| Computer: | Computer: | |
| Aggravated Assault/ Homicide Circumstances #1: | Aggravated Assault/ Homicide Circumstances #2: | |
| Aggravated Assault/ Homicide Remarks #1: | Aggravated Assault/ Homicide Remarks #2: | |
| Justifiable Homicide Circumstances : | Justifiable Homicide Code : | Larceny Type: |
| Method of Entry Type: | **Method of Entry :** No Force | |
| **Point of Entry:** Other | # of Premises Entered : | |
| Method of Exit Type: | Method of Exit : | |
| Point of Exit: | How Left Scene: | |
| Direction of Travel: | | |
| Counterfeit Type: | Counterfeit Status: | Counterfeit Amount: |

COM 000880



# Case Report
## Detail

**Print Date/Time:** 08/02/2018 07:32  
**Login ID:** cloliar  
**Case Number:** 2018-00143363  

Montgomery Police Department  
**ORI Number:** AL0030100

### Offense # 2

| | | | |
|---|---|---|---|
| **Group/ORI:** AL0030100 | **Crime Code:** NFO | **Statute:** 24S(99.9) **Counts:** 1 | **Attempt/ Commit Code:** |
| **Description:** Death Investigation | | | **Offense Date:** 07/08/2018 |
| NCIC Code: | **Scene Code:** | Residence/Home | Bias/Motivation: |
| **Offense Status:** Closed | **Status Date:** | 07/08/2018 | Occupancy Code: |
| Arson Code: | Domestic Code: | | Child Abuse: |
| Gang Related: | Aiding/Abetting: | | Sub-Code: |
| # of Adults: | # of Juveniles: | | **IBR Seq. No:** 2 |
| Property Damage Amt.: | Abandoned Structure: | | Household Status: |
| Domestic Circumstance: | Carjacking: | | |
| Accosting Situation: | Hate Bias Indicator: | | Premise Code: |
| Gambling Motivated: | Order of Protection: | | Prior Inv - Victim: |
| Prior Inv - Offender: | Anit-reproductive rights crime: | | Cargo Theft: |
| Special Circumstances: | Precipitating Event: | | |

**Offender Suspected of Using**  
Alcohol:  
Drugs:  
Computer:  
Aggravated Assault/ Homicide Circumstances #1:  
Aggravated Assault/ Homicide Remarks #1:  
Justifiable Homicide Circumstances :  

**Victim Suspected of Using**  
Alcohol:  
Drugs:  
Computer:  
Aggravated Assault/ Homicide Circumstances #2:  
Aggravated Assault/ Homicide Remarks #2:  
Justifiable Homicide Code :  

Larceny Type:

Method of Entry Type:  
Point of Entry:  
Method of Exit Type:  
Point of Exit:  
Direction of Travel:  
Counterfeit Type:  

Method of Entry :  
# of Premises Entered :  
Method of Exit :  
How Left Scene:  

Counterfeit Status:  
Counterfeit Amount:

### Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Complainant | 1 | ** DIXON, GARRY DONELL | | | Black | Male | 07/15/1961 56 |
| Suspect | 1 | PETTAWAY, JOSEPH LEE | 4137 LONE OAK DR MONTGOMERY, AL 36108 | | Black | Male | 09/24/1966 51 |
| Victim | 1 | ** Jones, James | 3809 CRESTA CIR MONTGOMERY, AL 36108 | (334)549-1930 | Black | Male | 11/25/1965 52 |
| Victim | 2 | ** PETTAWAY, JOSEPH LEE | 4137 LONE OAK DR MONTGOMERY, AL 36108 | | Black | Male | 09/24/1966 51 |

** Non-Disclosure Subject



# Case Report
## Detail

Print Date/Time: 08/02/2018 07:32  
Login ID: clollar  
Case Number: 2018-00143363  

Montgomery Police Department  
ORI Number: AL0030100

### Subject # 1-Complainant

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Primary: | No | | | | | | | |
| Name: | DIXON, GARRY DONELL | Race: | Black | Sex: | Male | DOB: | 07/15/1961 | |
| Address: | | Height: | 5ft 7 in | Weight: | 107.0 lbs. | Build: | | |
| | | Eyes: | BRO | Hair: | BLK | Age: | 56 | |
| Primary Phone: | | SSN: | | DVL #: | 4657583 | State: | AL | |
| Resident Type: | Resident | Resident Status: | Resident | | Statement Type: | | | |
| Disposition: | | Date: | | | Custody Status: | | | |

#### Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| AL0030100 | NFO | 24S(99.9) | Death Investigation |
| State | 220 | 13A-07-007:2202 | Burglary 3rd - Residence - Force |

Related Weapons

Victim/Offender Relationship

Transported By:  Extent of Injury:  Hospital:  
Domestic Violence:  Domestic Violence Referrals:  Federal Agencies Involved:  
Condition:  Medical Treatment:  

Injury Types                                   Modus Operandi

Missing Person Information

### Subject # 1-Suspect

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Primary: | No | | | | | | | |
| Name: | PETTAWAY, JOSEPH LEE | Race: | Black | Sex: | Male | DOB: | 09/24/1966 | |
| Address: | 4137 LONE OAK DR | Height: | 5ft 9 in | Weight: | 140.0 lbs. | Build: | | |
| | MONTGOMERY AL 36108 | Eyes: | BRO | Hair: | BLK | Age: | 51 | |
| Primary Phone: | | SSN: | | DVL #: | | State: | | |
| Resident Type: | Resident | Resident Status: | Resident | | Statement Type: | None | | |
| Disposition: | Detained | Date: | 07/08/2018 | | Custody Status: | | | |

#### Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 220 | 13A-07-007:2202 | Burglary 3rd - Residence - Force |

Related Weapons

Victim/Offender Relationship

Transported By:  Extent of Injury:  Hospital:  
Domestic Violence:  Domestic Violence Referrals:  Federal Agencies Involved:  
Condition:  Medical Treatment:  

Injury Types                                   Modus Operandi

Missing Person Information



# Case Report
## Detail

**Print Date/Time:** 08/02/2018 07:32
**Login ID:** clollar
**Case Number:** 2018-00143363

Montgomery Police Department
**ORI Number:** AL0030100

### Subject #   1-Victim

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | Yes | **Victim Type:** | Individual | | | | |
| **Name:** | Jones, James | **Race:** | Black | **Sex:** | Male | **DOB:** | 11/25/1965 |
| **Address:** | 3809 CRESTA CIR | **Height:** | 6ft 0 in | **Weight:** | 230.0 lbs. | Build: | |
| | MONTGOMERY AL 36108 | **Eyes:** | BRO | **Hair:** | BLK | **Age:** | 52 |
| **Primary Phone:** | (334)549-1930 | SSN: | | **DVL #:** | I115326 | **State:** | AL |
| Resident Type: | | **Resident Status:** | Resident | | | Statement Type: | |
| Disposition: | | Date: | | | | Custody Status: | |

#### Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| AL0030100 | NFO | 24S(99.9) | Death Investigation |
| State | 220 | 13A-07-007:2202 | ==Burglary 3rd== - Residence - Force |

Related Weapons

Victim/Offender Relationship

Transported By:            Extent of Injury:              Hospital:
Domestic Violence:         Domestic Violence Referrals:   Federal Agencies Involved:
Condition:                 Medical Treatment:

**Injury Types**                          **Modus Operandi**

Missing Person Information

### Subject #   2-Victim

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | Yes | **Victim Type:** | Individual | | | | |
| **Name:** | PETTAWAY, JOSEPH LEE | **Race:** | Black | **Sex:** | Male | **DOB:** | 09/24/1966 |
| **Address:** | 4137 LONE OAK DR | **Height:** | 5ft 9 in | **Weight:** | 140.0 lbs. | Build: | |
| | MONTGOMERY AL 36108 | **Eyes:** | BRO | **Hair:** | BLK | **Age:** | 51 |
| Primary Phone: | | SSN: | | DVL #: | | **State:** | |
| **Resident Type:** | Resident | **Resident Status:** | Resident | | | **Statement Type:** | None |
| **Disposition:** | Detained | **Date:** | 07/08/2018 | | | Custody Status: | |

#### Related Offenses

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| AL0030100 | NFO | 24S(99.9) | Death Investigation |
| State | 220 | 13A-07-007:2202 | ==Burglary 3rd== - Residence - Force |

Related Weapons

Victim/Offender Relationship

**Transported By:** Care Ambulance    **Extent of Injury:** Other Major Injury    **Hospital:** Baptist South
Domestic Violence:                     Domestic Violence Referrals:                Federal Agencies Involved:
**Condition:** Unknown                 **Medical Treatment:** Hospitalized

**Injury Types**                          **Modus Operandi**
Severe Laceration

Missing Person Information

Page: 5 of 7



# Case Report
## Detail

**Print Date/Time:** 08/02/2018 07:32
**Login ID:** clollar
**Case Number:** 2018-00143363

Montgomery Police Department
**ORI Number:** AL0030100

### Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

### Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 07/08/2018 | ** Personal Property | Structure - Other | | | | | |

**Seq #** 1

Tag Number:                               Item Number:
**Property Codes:**          **Property Type:** Structure - Other      Property Class:                              **Date Received:** 07/08/2018
** Personal Property       **UCR Value:** $0 to $50                    Initial Value:                                Stolen Location:

Quantity:                    Unit of Measure:                          Measurement Source:
Description:                                                            Officer Remarks:
Make:                        Model:                                     Style:                                       Style Desc:
Year:                        OAN:                                       Serial #:                                    Color:
Condition:                   Reg. Type:                                 Reg. ORI:                                    Reg. Number:
Reg. State:                  Reg. Year:                                 Reg. Date:                                   Reg. Expiration:

#### Recovery Information

Location:                    Date:                                      Code:                                        Value:
RFOJ?:                       ORI:                                       Recovered Address:

#### Associated Subjects

| Type | Name | Address | Phone | Notified How | Date |
|---|---|---|---|---|---|
| Owner | Jones, James | 3809 CRESTA CIR MONTGOMERY, AL 36108 | (334)549-1930 | In Person | 07/08/2018 |

Insurance Company:                        Policy Number:                               Lein Holder:

### Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

COM 000884