# Montgomery Police Department Canine Bureau



## Policies and Procedures Manual

Canine Commanders: Sergeant W.E. Reeves
Sergeant J.D. Ezell
Revised: March 2013



PLAINTIFF'S
EXHIBIT
16

PENGAD 800-631-6989

COM 000725

The purpose of these Guidelines is to assist each Canine Officer in the performance of his duties. This cannot cover every situation, but each situation can be properly resolved with the use of good judgment, common sense and the following of the Guidelines set forth.


## I.   MISSION

The Montgomery Police Department Canine Unit will provide Criminal Detection, Criminal Apprehension, and Crime Deterrence through the use of irregular patrol techniques, and properly trained Police Service Canines. The use of Police Service Canines can help prevent Officers from resorting to the use of Deadly Force. Also, the use of Canines dramatically decreases the danger associated with the apprehension of suspects hiding in buildings, in woods, and fleeing the scene of a serious crime. It will also enhance the safety to other Officers, bystanders, and the suspect.

1

## II.   PERSONAL APPEARANCE

(A)   All sections and subsections of the MPD Rules and Regulations for uniformed Officers will be followed by the members of the MPD Canine Unit.

## III.   CANINE VEHICLES/EQUIPMENT

(A)   All sections and subsections of the MPD Rules and Regulations governing issued equipment will be followed by members of the Canine Unit.

(B)   All Officers will keep vehicles properly cleaned, washed, and fueled up before and after the shift.

(C)   It will be the responsibility of the Officer to take their vehicle to the City Shop for any maintenance needed.

(D)   Spare vehicles will be assigned to Officers and it will be their responsibility to make sure the vehicle is maintained.

(E)   Anyone who uses a spare vehicle will make sure the vehicle is fueled, cleaned, and keys placed back on the board before the next shift.

(F)   It will be the responsibility of the officer to secure their assigned vehicle whenever it is left unattended. Officers should physically check to ensure that doors are locked and not rely on the keyless entry.

(G)   Each officer is responsible for the care and storage of all Canine/City issued equipment. There will be NO Weapons left inside of city vehicles during officers off days or when the officer is off duty. Additionally no high value items such as F.L.I.R.s, Night Vision, etc. will be left in vehicles during off time. This includes when the vehicle is parked at an officers residence. If something is found to be missing, it is the officers' responsibility to notify a supervisor immediately.

2

(H)   Vehicle procedures during extreme temperatures.
1. A water bowl is mounted/placed in the back where the canine can have access to water at any time.
2. The vehicle is to stay running with the air conditioner on while the canine is in the vehicle.
3. Auxiliary fans are mounted to the canine insert and are to be used during extreme heat.
4. A canine heat alarm has been installed in each vehicle where if it reaches 95 degrees inside the vehicle, the siren and blue lights come on. The auxiliary fan will come on and the windows will roll down. The handler also has a pager that he/she is to carry on his/her duty belt. This pager will go off when the vehicle reaches 95 degrees to inform the handler that he/she needs to go check on his/her partner.
5. When turning off the vehicle, the heat alarm will beep several times and the screen will advise to remove the canine from the vehicle.
6. The rear windows of the vehicle are tinted in an attempt to reduce the sunlight coming into the vehicle.
7. At the end of each shift the handlers/supervisor are to check each run to make sure the canines are in their run and that it is locked up. This is to ensure that no canine is left in a vehicle at the end of shift.

## IV.   CANINE MAINTENANCE

(A)   It is your duty and responsibility to keep your K-9 Partner in excellent condition.

1) Bathe your Partner regularly
2) Comb your Partner daily.
3) Check teeth daily.
4) Dip your Partner when needed.

(B)   If anything unusual appears on your Partner advise the Supervisor and take your Partner to the Veterinarian.

3

(C)   Canine heart worming should be kept updated and the Canines stool should be checked regularly for parasites.

    1)   If parasites are found, your Partner should be taken to the Veterinarian as soon as possible.

(D)   In the event of an emergency situation or injury, the handler will be responsible for immediately having his Partner seen by our Veterinarian.

    1)   One of the doctors is on call 24 hours a day and will respond.
    2)   A Supervisor will be notified as soon as possible.

## V.   TRAINING

(A)   Each officer is responsible for the continued training of his Partner.

(B)   Training reports will be completed by each Officer.

    1)   The standard MPD Canine Training Form will be used.
    2)   Each time any training is completed, a training form will be written and reviewed by a Supervisor.
    3)   Training sessions must and will be documented for any Court action against the City and/or the Officer.

(C)   Each Officer is urged to train with other Officers each night, during duty hours.

(D)   There will be eight hours each week set-aside for Out of Service Training and each Officer will be present.

    1)   Problem areas will be worked on.
    2)   Videotaping will be completed as equipment permits.

(E)   The Supervisor cannot know if small training problems arise, therefore, it is your responsibility to let your Supervisor know so the problem can be resolved.

4

(F)    Handlers as well as canines will be evaluated periodically to ensure that they are staying proficient.

(G)    **REMEMBER:** When your Partner was taken off training status, he was properly trained. It is up to you to keep him trained.

## VI.  CANINE APPREHENSIONS

(A)    Because the Handler has the best knowledge of the capabilities of his Partner, he will be the only person other than his Unit Supervisors, to decide and direct the actions to be taken by the Canine team.

(B)    A Canine Unit may use force when:

    1)    In protection of the Handler, other Officers or citizens.
    2)    Hiding Felony suspects who refuse to surrender after warning.
    3)    Fleeing Felony suspects who refuse to stop after warning.
    4)    When the Canine is being assaulted.

    NOTE: The word Felony is used in parts (2) and (3) above and unless required by the particular situation, Canines are not used in the apprehension of Misdemeanor suspects.

(C)    All suspects whether hidden or fleeing will be given the opportunity to surrender.

(D)    Canine Warnings will be issued before a Canine is released.
    1)    Exceptions: when entering a building known to contain weapons or armed suspects and when the Canine responds to a threat to the Handler or himself.

(E)    Medical attention will be offered to all suspects apprehended by the Canine.

    1)    Paramedics will be called to the scene if the injury requires immediate treatment.

5

2) Suspects will be taken to the Emergency Room for further medical treatment if necessary.

(F) Pictures of all injuries sustained will be taken prior to being bandaged.

(G) Notification of Supervisor and/or Commander is required.

1) Assistant Patrol Commander and/or Patrol Commander will be notified.

(H) Statements and K-9 Incident Reports will be written.
1) Assistant Division Commander will receive the following:
   a) Original Supervisor/Coordinator statement if required.
   b) Original Officer Statement.
   c) Copy of K-9 Incident Report.
   d) Any medical documentation not deemed personal.
   e) Pictures of injury to suspect.

(I) Incident placed on Daily and S.I.R.

(J) The following will be placed in the Apprehension file in the Bureau Office and sealed.

1) Copy of Supervisor or Coordinator statement if required
2) Copy of Officer's statement.
3) Copy of K-9 Incident Report.
4) Copy of Hospital Report if applicable.
5) Pictures.

## VII. ALARM AND BURGLARY CALLS

(A) Canine Officers will respond to all business alarms and Burglary in Progress calls occurring in their assigned areas.

(B)   Canine Officers should also respond to the area of Residential Burglary in Progress calls should Patrol need assistance.

1) Residences may be searched by a Canine Unit; however, the homeowner must be present at the residence before a search is initiated.
2) Canine Officers must speak with the homeowner to insure no relatives or friends are present at the residence before a search is initiated.
3) It should also be determined if other animals are present inside the residence (i.e. dogs, cats, etc.)
4) If animals are present, a Canine search is not recommended.
5) Key holders do not qualify as the homeowner and cannot authorize the search.

(C)   When responding to any of the above, Canine Officers will advise the dispatcher they are in route.

## VIII.   BUILDING SEARCHES

(A)   Upon arrival at a Burglary call, the Canine Unit will take immediate control of the scene.

(B)   The Canine Officer will personally check the immediate area and the Point of Entry to determine if the Canine should be utilized.

1) It is the Handler's discretion to utilize his Partner.
2) If it is determined the Canine will not be utilized, the Handler will either call for a second Canine Unit and both Handlers will check the building or turn the scene over to Patrol Units and allow them to walk the building.
3) It is recommended that two Handlers conduct all searches when possible.

7

(C)   When entering the building the Canine Handler will issue three canine warnings to allow a hidden suspect the chance to surrender.

    1)   This also will give a legitimate employee a chance to advise the Handler of his presence should this not be a Burglary.

    2)   The standard MPD Canine Warning should be used as follows: **"Montgomery Police Department K-9 speak now or I will release my dog"**.

    3)   These warnings must be given in a loud voice as to be heard by any person inside the building and should also be issued when moving from one floor to the next.

    4)   The only exception to issuing Canine Warnings is when searching a building that is known to contain weapons (i.e. Pawn Shops, Gun Stores, etc.), or when the subjects are believed to be armed.

(D)   If the Handler receives a response to the Canine Warnings, he will give the person inside the building every chance to exit without releasing the Canine.

(E)   After a Canine has located a suspect inside a building, the Handler will remove the suspect before continuing the search.

    1)   The Handler may either walk the suspect out or call for a second Handler to remove the suspect from the building.

    2)   Under NO CIRCUMSTANCES will a Handler search a building with a suspect in custody.

    3)   Under NO CIRCUMSTANCES will a Handler place his Partner on "Guard" and continue the search alone.

(F)   After a search has been completed, whether a suspect has been located or not, the building will be rechecked by the Handler and Officers before a Manager is allowed to enter.

8

## IX.   TRAFFIC STOPS AND PURSUITS

(A)   Canine Units are allowed to conduct traffic stops, but should remain aware that they are in unmarked vehicles.

(B)   In the event of a pursuit, K-9 Units will act as secondary or support units.

(C)   If the pursuit initiates from the K-9 Unit's traffic stop, they will return to a secondary position as soon as a marked unit joins the pursuit.

(D)   All MPD pursuit policies will be adhered to by the K-9 Unit.

## X.   TRACKING POLICY (GENERAL)

(A)   The MPD Canine Unit will respond to calls for assistance from all Law Enforcement Agencies.

(B)   Canines will not be taken out of the City limits without approval by either the Assistant Patrol Division Commander or the Patrol Division Commander.

## XI.   TRACKING POLICY (MISSING PERSON OR JUVENILE)

(A)   No less than two Officers.

1)   Patrol Officers may be used to assist.
2)   If a Juvenile is missing contact Canine Supervisor or Coordinator, and he will contact Juvenile.

## XII.   TRACKING POLICY MISDEMEANOR

(A)   It is not recommended to run a track on a suspect with only Misdemeanor charges, but may be done if the situation requires it.

9

(B)   No less than two Officers and a Patrol Unit may assist.

## XIII. TRACKING POLICY (ARMED SUSPECTS)

(A)   No less than three Officers.
  1) Tracking K-9 Handler, Backup Officer, and Communication Officer.
  2) Backup Officer must stay in close proximity to the tracking Officer in order to provide him with close cover.

(B)   If possible, additional Canine Officers will assist during the tracking of an armed suspect.

## XIV. CROWD CONTROL

(A)   The Canine should only be used as a last resort.

(B)   The Canine may be used at the Handlers discretion in life threatening situations or Officer Safety.

(C)   The Canine should be used in this situation only by order of the following:

  1) Canine Sergeant
  2) Canine Commander
  3) Assistant Patrol Commander
  4) Patrol Division Commander
  5) Deputy Chief of Police
  6) Chief of Police
  7) Mayor

## XV. CANINE/SWAT CALLS

(A)   If required the K-9 Unit and SWAT Supervisors will make the determination as to which team will be utilized for the situation.

10

(B)    If it is determined that SWAT will make entry, the K-9 Units will provide support as required (i.e. perimeter security)

(C)    If it is determined that a joint search will take place, the K-9 team will fall under the control of the SWAT team leader during movements through the building.

(D)    The deployment of the K-9 will still be under the control of his Handler.

(E)    These searches will only be conducted by K-9 Teams that have done joint training with SWAT.

## XVI. DRUG SEARCHES

(A)    When contraband is located during a search:

1)    Point out the contraband to the Officer requesting the search so he/she can collect it.
2)    You must stay with the contraband until it is collected to ensure chain of custody

(B)    After contraband has been located, you must:

1)    Keep Chain of Custody.
2)    Contact your Supervisor.
3)    Do a thorough statement.
4)    Fill out Activity Form and required paperwork.

## XVII.   VEHICLE SEARCHES

(A)    The Canine is used as a tool for probable cause

11

1) If Officers have not entered or searched the vehicle, you may conduct your sniff of the exterior of the vehicle.
2) If alert is given on outside of vehicle, you have probable cause to search further.
3) If you encounter luggage or locked briefcases inside a vehicle, the expectation of privacy is a bit higher, and a separate sniff of these articles is required.
4) If an alert is given on the inside of the vehicle, such as the glove compartment, reward your partner then search the area yourself.

(B) If Officers have already searched the vehicle before you arrive then you are not needed.

## XVIII.  RESIDENCE AND BUSINESS SEARCHES

(A) One of the following must apply:

1) Consent to search
   a) Request made by owner or manager.
   b) Prior approval of Canine Bureau Commander or Supervisor.
2) Search Warrant
   a) Special Operations may initiate call out.
   b) Other Divisions will obtain prior approval.

## XIX. SEARCH OF SCHOOLS

(A) Public Schools

1) Request will be made by School Enforcement Bureau
2) Canine Bureau Commander or Supervisor will assign team to assist.
3) Narcotics Detector Dog Team will meet with School Enforcement Unit at given time.

12

4) When an alert is made on a locker, advise School Enforcement Officer of locker number, he/she will conduct search.

5) When an alert on a vehicle is made, advise School Enforcement Officer so vehicle can be identified and the student summoned for access to the vehicle. School Enforcement Officer will conduct search.

## XX.  POST OFFICE SEARCHES

(A)   Postmaster General or Branch Manager will flag a package.

1) They will contact Special Operations Division and request a Canine.

2) Narcotics Supervisor will notify Canine Supervisor. **Initiate call-out as described previously.**

3) Narcotics team will search several packages laid out in no particular pattern. Suspect package to be included.

4) When alert is made, follow their procedure and/or secure for search warrant. Narcotics Officer will take control of package.

## XXI. CLOSING

(A)   All Canine Teams are expected to maintain a high level of proficiency at all times.

(B)   Canine Teams are required to be proactive and should realize that there are additional responsibilities that come with the job of Canine Handler.

(C)   Any Canine Team that fails to comply with these policies is subject to Disciplinary Actions.

13