IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

| | |
|---|---|
| WALTER PETTAWAY, as administrator of the Estate of Joseph Lee Pettaway, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACT. NO. 2:19-cv-008-ECM<br>) |
| NICHOLAS D. BARBER, *et al.*, | )<br>) |
| Defendants. | ) |

**O R D E R**

On December 7, 2022, the Plaintiff filed a motion to dismiss Defendants Michael Green, Justin Thrasher, Ryan Powell, Joshua Smith, Keiundra Watts, Bianka Ruiz, and Neal Flournoy. (Doc. 424). Upon consideration of the motion, it is

ORDERED that the motion (doc. 424) is GRANTED. This action is DISMISSED with prejudice as to the above seven Defendants, with each party to bear their own costs. The case remains open as to Defendants City of Montgomery, Nicholas D. Barber, and Ernest N. Finley.

DONE this 8th day of December, 2022.

                                              /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE