## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RECEIVED

2022 DEC 27 P 12: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WALTER PETTAWAY,
as Administrator of the Estate
of Joseph Lee Pettaway, deceased,

   Plaintiffs,

v.               Civil Action No.: 2:19-cv-0008

NICHOLAS D. BARBER
and MICHAEL D. GREEN,
et al.,

   Defendants.

### PLAINTIFF'S SUBMISSION IN RESPONSE TO THE COURT'S ORDER REGARDING THE FILING OF THE TIME-STAMPED BODYCAM VIDEO OF NICHOLAS D. BARBER AND NOTICE OF FILING UNDER SEAL

COMES NOW the Plaintiff, by and through counsel, and submits the Nicholas D. Barber bodycam video of the events that transpired on July 8, 2018, wherein Nicholas D. Barber released his dog into the house at 3809 Cresta Circle, Montgomery, Alabama, and wherein Joseph Lee Pettaway, deceased, was bitten in the inguinal area, lacerating his femoral artery causing him to bleed to death. This filing of the flashdrive referenced above is being made under seal with the set of instructions for the proper playing of the video. By way of explanation, the Plaintiff states the following:

1. Plaintiff's counsel understands that the previously-filed video from the Nicholas Barber body camera cannot be or has not been played in such a way that the running time stamp appears at the top of the screen. On December 20, 2022, the Court issued an Order requiring the Plaintiff to file the Barber body camera video containing a running time stamp

at the top of the recording (Doc. #427). Therefore, the Plaintiff makes the instant filing and submits this Response to the Court's Order and Notice of Conventional Filing Under Seal of the flashdrive (Exhibit #428-1).

2. The flashdrive that is being filed conventionally under seal as Exhibit #428-1 is the very flashdrive that was delivered directly to Chip Nix by hand by the offices of Ball Ball Matthews and Novak as part of the agreement described in "Plaintiff's Modified Motion to Substitute a More Complete and Accurate Body Camera Recording for Exhibit A (Doc. #205-13) to the Third Claim for Relief (Doc. #205)," which modified motion to substitute is Doc. #358.

3. The exhibit filed under seal and identified as Doc. #370-1 in the court file is an identical copy of Exhibit #428-1. However, undersigned counsel was unaware that instructions needed to be submitted to the Court for the proper operation of the video using WGV Player. Nevertheless, in an abundance of caution at this time and to assure that the Court can view the running time stamp that is contained on these videos, undersigned counsel is filing the very flashdrive delivered to Chip Nix and is also submitting the instructions that were delivered with the flashdrive and titled Barber Video Player Instructions (Doc. #428-2).

4. The Plaintiff has tested the Doc. #428-1 using these instructions, and the video contents of it plays properly and contains the running time stamp at the top of the screen.

5. The software WGV Player is contained on or within the flashdrive labeled 428-1. The video on Doc. #428-1 is a true and correct copy of the July 8, 2018 body camera recording from the body camera of Nicholas D. Barber as represented and produced by counsel for the Defendants to the counsel for the Plaintiff. The video and audio contents of Doc. #428-

1 constitute an authentic and admissible copy of the Barber video which will be introduced into evidence in the trial of the instant case by the Plaintiff.

6. Plaintiff's counsel will follow up with the Court to determine whether for some reason Doc. #428-1 and Doc. #428-2 do not provide the intended result of enabling the Court to view the video with the running time stamp at the top of the screen.

Respectfully submitted this 27th day of December, 2022,

/s/ H. E. Nix

H. E. Nix, Jr.
Attorney for Plaintiff
7505 Halcyon Pointe Drive
Montgomery, AL 36117

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the instant response, including an identical copy of Doc. #428-1 and #428-2, have been served by hand to counsel of record herein on this the 27th day of December, 2022, as follows:

C. Winston Sheehan, Esq., at wsheehan@ball-ball.com

*H. E. Nix*

H. E. Nix, Jr.
Attorney for Plaintiff
7505 Halcyon Pointe Drive
Montgomery, AL 36117
Phone: 334.279.7770
E-mail: cnix@nixattorney.com