IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER PETTAWAY, as administrator of the Estate of Joseph Lee Pettaway, deceased, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS D. BARBER, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACT. NO. 2:19-cv-008-ECM |

**O R D E R**

Now pending before the Court is the Plaintiff Walter Pettaway's motion for partial summary judgment (doc. 376). Upon consideration of the motion, and for good cause, it is

ORDERED that the Plaintiff's motion is carried with this case.

DONE this 31st day of January, 2023.

                                              /s/ Emily C. Marks  
                                              EMILY C. MARKS  
                                              CHIEF UNITED STATES DISTRICT JUDGE