IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WALTER PETTAWAY, as Administrator of the Estate of Joseph Lee Pettaway, deceased, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-cv-8-ECM |
| | ) | |
| NICHOLAS D. BARBER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the Court's prior Orders (*e.g.*, docs. 425, 433, 470), it is the

ORDER, JUDGMENT and DECREE of the Court that judgment is entered against

the Plaintiff and in favor of Defendant Nicholas D. Barber ("Barber") on the Plaintiff's

Fourth Amendment unlawful seizure claim (Count One) and the Plaintiff's Alabama law

wrongful death claim (Count Five).[1]  Further, it is the

ORDER, JUDGMENT and DECREE of the Court that judgment is entered against

the Plaintiff and in favor of Defendant The City of Montgomery on the Plaintiff's *Monell*

claim (Count Four).[2]  Further, it is the

---

[1] References to Counts in this Final Judgment are to the Counts set forth in the Plaintiff's Third Amended Complaint (doc. 205).

[2] In the Third Amendment Complaint, the Plaintiff also asserted the *Monell* claim against Ernest N. Finley ("Finley").  At oral argument on January 12, 2023, the Plaintiff clarified that he brought the *Monell* claim against Finley in his official capacity only.  Because the official capacity claims against Finley were duplicative of the claim against The City of Montgomery, the Court dismissed the official capacity claims against Finley. (*See* doc. 433 at 2 n.4).

ORDER, JUDGMENT and DECREE of the Court that judgment is entered against the Plaintiff and in favor of Defendants The City of Montgomery and Ernest N. Finley on the Plaintiff's Alabama law wrongful death claim (Count Five).

The action against Defendants Ryan Powell, Neal Flournoy, Michael Green, Bianka Ruiz, Joshua Smith, Justin Thrasher, and Keiundra Watts was dismissed with prejudice pursuant to the Court's December 8, 2022 Order. (Doc. 425).[3]  Additionally, the deliberate indifference to serious medical need claim against Barber (Count Three) was dismissed at oral argument on January 12, 2023.[4]  Finally, the Fourth Amendment excessive force claim against Barber (Count Two) was dismissed with prejudice pursuant to the Court's February 27, 2025 Order. (Doc. 470).

It is further

ORDERED that this case is DISMISSED with prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 28th day of February, 2025.

_____/s/ Emily C. Marks_____
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE

---

[3] The Court clarifies that this dismissal was pursuant to Federal Rule of Civil Procedure 41(a)(2) and that the terms were proper.

[4] The Court clarifies that this dismissal constituted an amendment to the Third Amendment Complaint (doc. 205) to drop Count Three against Barber, which was in the interests of justice. (*See* doc. 470 at 1 n.2).